IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>v.<br><br>PROVIDENT ROYALTIES, LLC,<br>PROVIDENT ASSET MANAGEMENT, LLC,<br>PROVIDENT ENERGY 1, LP,<br>PROVIDENT RESOURCES 1, LP,<br>PROVIDENT ENERGY 2, LP,<br>PROVIDENT ENERGY 3, LP,<br>SHALE ROYALTIES II, INC.,<br>SHALE ROYALTIES 3, LLC,<br>SHALE ROYALTIES 4, INC.,<br>SHALE ROYALTIES 5, INC.,<br>SHALE ROYALTIES 6, INC.,<br>SHALE ROYALTIES 7, INC.,<br>SHALE ROYALTIES 8, INC.,<br>SHALE ROYALTIES 9, INC.,<br>SHALE ROYALTIES 10, INC.,<br>SHALE ROYALTIES 12, INC.,<br>SHALE ROYALTIES 14, INC.,<br>SHALE ROYALTIES 15, INC.,<br>SHALE ROYALTIES 16, INC.,<br>SHALE ROYALTIES 17, INC.,<br>SHALE ROYALTIES 18, INC.,<br>SHALE ROYALTIES 19, INC.,<br>SHALE ROYALTIES 20, INC.,<br>PAUL R. MELBYE,<br>BRENDAN W. COUGHLIN,<br>HENRY D. HARRISON, and<br>JOSEPH S. BLIMLINE,<br><br>and<br><br>SHALE ROYALTIES 21, INC.,<br>SHALE ROYALTIES 22, INC.,<br>PROVIDENT OPERATING COMPANY, LLC,<br>SOMERSET LEASE HOLDINGS, INC.,<br>SOMERSET DEVELOPMENT, INC.<br>CAROLE PETROLEUM, LLC,<br>DANIEL AND THE LION, LLC,<br>DEER VALLEY PRODUCTION COMPANY,<br>J2 INVESTMENTS, LLC,<br>MARQUEE ENERGY, LLC,<br>ARKOMA MINERAL PROPERTIES, INC.,<br>NOVO ACQUISITIONS, LLC, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No.: 3-09CV1238-L<br><br>Judge: Sam A. Lindsay<br><br>**RECEIVER'S THIRD QUARTERLY REPORT (1ST Quarter 2010)** |

| | |
|---|---|
| RED RIVER OPERATORS, LLC, | § |
| RJW ENERGY, LLC, | § |
| SNAKE RIVER RESOURCES, INC., | § |
| SUN VALLEY PRODUCTIONS COMPANY, | § |
| TONNER PETROLEUM, LLC, | § |
| TRULUCK ENTERPRISES, LLC, | § |
| WINTER PARK PRODUCTION COMPANY, LLC, | § |
| PETROLEUM RESOURCE GROUP, LLC, | § |
| JORDAN RIVER RESOURCES, INC., | § |
| COLUMBIA RIVER RESOURCES, INC., | § |
| DELAWARE RIVER RESOURCES, INC., | § |
| REDSTONE ENERGY CORPORATION, | § |
| SUPERIOR PETROLEUM CORPORATION, | § |
| SOUTHWEST ENERGY RESOURCES, INC., | § |
| PEACH TREE PETROLEUM, INC., | § |
| APPLE TREE RESOURCES, INC., | § |
| MIDWEST DIVERSIFIED, LLC, | § |
| HURON HYDROCARBONS, INC., | § |
| SHELF EXPLORATION AND PRODUCTION GP, LLC, | § |
| OK MINERALS, LLC, | § |
| NEW STAR PROPERTIES, LLC, | § |
| MESQUITE OIL AND GAS, LLC, | § |
| GREAT LAKES ENERGY COMPANY, LLC, and | § |
| LONGHORN ENERGY CORPORATION. | § |
| | § |

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Receiver Dennis L. Roossien, Jr. ("Receiver") submits this Third Quarterly Report, respectfully stating:

## Introduction

1. This Report is tendered pursuant to the procedures established in the Order Appointing Receiver (Dkt. 34 at 17-18, ¶¶ 54-55 as amended by Dkt. 83).

## Period Covered by Report

2. This Report covers the period from January 1, 2010 through March 31, 2010 (the "First Quarter 2010" or "Past Quarter").

## Summary of Operations

3. When the Past Quarter began, the Provident Bankruptcy was proceeding, the PAM operations had been wound down, and the Receiver was actively addressing the

emergent issues presented with regard to the additional entities added in connection with expansion of the case to include Defendant Blimline.

4. From the date of the expansion, the Receiver identified reasons to divide the entities into several groups. First, there were certain operating entities that had an office, employees, and some limited ongoing business activities. Second, there were entities that had gone dormant by the time of the appointment of the Receiver but had purportedly valuable assets on their books. Third, there were entities that had gone dormant after the Michigan offerings and had remained so. Fourth, there were entities both inside and outside the receivership that were under attack from certain Shale Synergy investors.

5. With regard to the operating entities and those with purported value, efforts were ongoing at the beginning of the Past Quarter to stabilize operations, to prepare an accurate accounting, and to implement appropriate business decisions. With regard to oil and gas operations specifically, it was soon determined that there was very little in terms of active wells. Some of the ranching operations however had crops growing that could be harvested and certain excess equipment that could be sold. The existing crops were harvested and sold, and an evaluation was conducted as to whether crops should be planted or the ranches sold, with the conclusion that the ranches should be sold. Equipment and other tangible property on the ranches were determined to be non-essential but subject to loss or theft, and so steps were taken to effect de minimus sales. Many of these decisions were made with the assistance of Bridge Associates and Litzler Segner and were executed by existing employees under the direction of Bridge Associates.

6. As for obtaining a reasonably accurate accounting of assets and liabilities, the Receiver and his agents found numerous reasons to question the book values as shown, and the books were filled with inter-company receiveables that appeared to have little business purpose. There were substantial discussions with Defendant Blimline and the Receiver and his agents with regard to whether the assets were worthy of being carried with values in the millions

of dollars. Defendant Blimline estimated the collective value of these assets at approximately $10 million, which was considerably less than the book value. There were few records however that would substantiate even this aggregate value. The Receiver therefore directed Bridge Associates and Litzler Segner with regard to a review of the market value of the assets. This analysis showed that the market value of the assets was even lower than Defendant Blimline projected, and that many of the assets were in a distressed condition due to recently encumbered debt.

7. The Receiver also directed that certain accountings be prepared in order to evaluate whether there were oil and gas operations that were ongoing that should be continued, and whether the existing assets might be essential to such a plan. It became clear that there had never been significant oil and gas operations, and that nearly all of the purchases and sales of oil and gas assets had been conducted between related entities. Indeed, Defendant Blimline conceded that he could not identify an example where a property had been purchased from a third party and sold to a third party at a profit during his entire history as reflected in at least six years of business records and tens of millions of dollars in transactions.

8. Based upon the ongoing investigation, the Receiver was able to make reasonable business judgments as to how to obtain the maximum value from the existing assets. First, the Receiver identified de minimus assets that needed to be sold, and the Receiver contracted with the existing ranch manager to market those assets. Second, the Receiver determined that much of the staff was unnecessary in order to carry out the business at hand, and also that the current staff were incapable of preparing books and records with any reasonable accuracy or reliability. Accordingly, the Receiver reduced the staff significantly, reduced the size of the offices, and sold excess equipment.

9. With more realistic market values having been assessed and the distressed nature of those assets being clear, the Receiver moved forward to liquidate the assets that were in a distressed condition. The Receiver retained brokers as permitted by the Order Appointing

Receiver, and proposed sale procedures with regard to the assets, which the Court ultimately approved. Thereafter the Receiver addressed the wide disparity of view between the Receiver and Defendant Blimline as to the potential to profitably operate any of the oil and gas assets owned by the companies. An investigation into the prior year activities had disclosed that those activities were not profitable, but rather there were large accumulations of debt, the proceeds of which was largely spent attempting to resolve issues with the Shale Synergy investors or by Defendant Blimline on himself. Looking back further, it appeared that the operations of the Blimline Entities primarily consisted of engaging in inter-company lending based upon "cost-basis" asset valuations derived from inter-company transactions. Defendant Blimline explained that the principal business of the Blimline Entities was in purchasing assets and selling them at a profit rather than operating them. But, as noted, when asked to point to a single instance where a property had been purchased from a third party and sold to a third party at a profit, Defendant Blimline was unable to do so. Defendant Blimline nonetheless argued that he would be able to profitably operate certain assets and sell them as operating properties at a profit. The Receiver therefore authorized the operation of one well as a test case which required the investment of $25,000 in capital which the Receiver conceded could be funded out of the separate property of Catherine Blimline. The Receiver also negotiated, however, an agreement where the non-oil and gas assets would be liquidated and at least seventy percent of the funds would be reserved to address creditor and investor claims.

10. With regard to the dormant entities that still carried assets on their books, the Receiver had started by the end of the Past Quarter to actively explore whether there was any potential to operate rather than simply liquidate the assets. The preliminary indications were doubtful, but the Receiver had not yet completed that analysis as of the end of the Past Quarter.

11. As for the dormant Michigan entities, the Receiver conducted a high-level investigation in order to prepare claims procedures. It was clear that the Michigan entities had gone through bankruptcy, and that Provident entities had substantially funded the returns paid

to Michigan investors out of the bankruptcy. The Receiver set aside further investigation for the next quarter.

12. Finally, as for the Shale Synergy investors and other creditors and investors, the Receiver investigated how their claims should be handled, including whether their claims should be handled in the context of the pending Shale Synergy bankruptcy. It was clear that the claims were very large relative to what the Receiver's investigation was indicating as to the value of the available assets, and that many investors would be alleging securities fraud. It was also clear that the claims would be substantially similar to those of pending against the Provident entities.

13. Based upon the results of this investigation and his interactions with creditors and investors, the Receiver proceeded to formulate a proposal for the Court with regard to collecting and addressing creditor and investor claims. In considering the procedures to be adopted, the Receiver directed Bridge Associates to further review the quality of the books and records with regard to creditor and investor obligations, and conferred with certain investors regarding the handling of their claims. The Receiver discovered sufficient differences that it was necessary to formulate procedures requiring significant documentation. The Receiver and his counsel also evaluated the appropriate division of assets to be afforded to respective groups, and prepared a proposal for the Court. The Receiver also negotiated settlements of certain claims and explained the rationale for those settlements to the Court.

14. As the Past Quarter drew to a close, the Receiver continued to evaluate staffing levels with regard to J2 Investments, and continued to reduce staff, ultimately to a single person, and to reduce the services being provided by Bridge Associates. The Receiver pressed forward on efforts to reasonably liquidate the assets, and was essentially focused on those efforts as of the end of the Past Quarter. The Receiver liquidated many of the de minimus assets, paid operating expenses, and was left with net cash of approximately $200,000, and assets for sale valued in the range of $3 million inclusive of both Blimline Entity and Blimline personal assets.

15. As noted, along the way, the Receiver has been hampered by a lack of accurate books and records, and a lack of underlying documentation with regard to purported assets. Indeed, an early sign of problems with regard to the purported value of the assets was the lack of supporting land records, well files, or other documentation that would customarily be kept in the ordinary course of actual oil and gas operations.

16. With regard to the original parties in receivership, these were, on the one hand, Provident Asset Management, LLC ("PAM"), which was the fund-raising brokerage arm for the Provident Entities, and, on the other hand, the balance of the Provident operating and investment entities, which were then in bankruptcy (the "Provident Debtors"). PAM was shut down and liquidated as of the Third Quarter 2009. The status quo was largely maintained, except that, after consulting with FINRA, the Receiver released the frozen 401k proceeds with the exception of those of certain named Defendants.

17. As for the Provident Debtors, the Receiver continued to proceed forward in the Provident Bankruptcy as previously reported. The sale described in the Receiver's last report was confirmed and closed. As of the end of the Past Quarter, a plan had been substantially negotiated, and efforts were underway to obtain approval for the plan. Some assets remained for sale, but the vast majority of the assets have been liquidated. A limited staff is still employed by the operating Provident Debtors. This staff has competent operational and industry expertise, and accounting transparency. This staff also has specific expertise with regard to the subject assets, records, and factual situation. The use of this staff has significantly reduced the overall expense of the administration, allowed assets to be marketed in a reasonable fashion, permitted the orderly closing of sales, and handled operational issues with regard to remaining assets. Further efforts relative to the bankruptcy proceedings of the Provident Entities are reflected in the pleadings in the bankruptcy court's file. The foregoing constitutes the major points, and the Receiver would otherwise incorporate the bankruptcy court's file.

**Accounting**

18. The Order Appointing Receiver provides for the reporting of the cash on hand, the amount and nature of the accrued administrative expenses, the amount of unencumbered funds in the estate, a schedule of receipts and disbursement, and a description of Receivership Property, which the following provides (Dkt. 34 at 18, ¶55(B)-(D) as amended by Dkt. 83).

19. Generally speaking, the primary assets of the Provident Entities at the end of the First Quarter 2010 consisted of cash of approximately $58 million, and claims against various parties with undetermined values. The administration of the Provident Entities is split between this Court and the Bankruptcy Court, PAM being before this Court. Accordingly, attached is a financial report with regard to PAM for the Past Quarter that has been prepared in accordance with the form required by the Billing Instructions (see the Standard Fund Accounting Report ("SFAR") attached as Exhibit "1"). The Provident Entities continue to file monthly operating reports in the lead bankruptcy matter. The operations of the Provident Entities other than PAM have been consolidated, and the reports filed to date cover the time period from inception of the case through March 31, 2010 at the end of the Third Quarter. *In re Provident Royalties, LLC* (N.D.Tex. Bankr., Case No. 09-33887-hdh11, 2009). As the last monthly operating report is cumulative and is close in form to the SFAR, a copy is attached hereto as Exhibits "2" and "3". Collectively, these documents provide the information required by the Order Appointing Receiver, and are therefore incorporated by reference.

20. With regard to the additional entities, only a portion of the activities of the entities were actually within the control of the Receiver during the Past Quarter, due to a lack of adequate records and certain omissions of Defendant Blimline. With regard to the Receiver's operations, a cash flow statement is attached as Exhibit "4". The de minimus sales line item is detailed in Exhibit "5". As noted above, the activities reflected were the harvesting of crops, liquidation of de minimus assets, preservation of records, and winding down of known operations, and resulted in a net cash position of just over $200,000. Additionally, the referenced well project was undertaken with approximately $25,000 that the Receiver conceded

were the separate property of Catherine Blimline. This resulted in nominal production but no operating revenue as of the end of the Past Quarter.

21. On the asset side, the Receiver identified the following that are believed to be owned by directly or indirectly by Defendant Blimline or the Blimline Entities:

(a) A Cessna Citation aircraft as to which the Receiver had obtained a broker's opinion suggesting a possible value of approximately $500,000.

(b) Five automobiles remain listed for sale (of which three appear to be encumbered with various lending institutions) while three automobiles were sold as of the end of the Third Quarter. The automobile sales netted approximately $29,300 in cash.

(c) Nine single family dwellings, including those held in Defendant Blimline's name individually. All but one is encumbered, and there is an ownership dispute with regard to at least one of the homes. As of the end of the Past Quarter, three of these properties were listed for sale, four properties had been surrendered to the lenders, and two properties were still being evaluated for disposition.

(d) A fractional ownership in New York apartment with an undetermined value.

(e) An investment interest in seven small rental properties which is in dispute with a co-investor. The Receiver is currently in settlement negotiations with the co-investor regarding the disputed interest.

(f) Seventeen ranches. Six of the ranches appear to be unencumbered, and the other eleven ranches are encumbered. One ranch has been determined to have been lost to foreclosure prior to the Receiver's appointment. As of the end of the First Quarter 2010 all but one ranch is listed for sale.

(g) Approximately 140 mineral leasehold interests of doubtful net value.

(h) Approximately 120 well interests (working, overriding, and royalty) of doubtful net value, and nominal production revenue.

(i) Substantial receivables of doubtful value.

(j) Some miscellaneous furniture, fixtures and ranch equipment remains although a substantial amount was sold as of the end of the First Quarter 2010. The net proceeds realized from these sales were approximately $148,000.00.

22. A number of these assets are subject to secured liens. Preliminary indications are that there may be as much as $11.3 million in secured claims against various assets. The overall trade debt is unclear, and has been generally estimated in the range of $1.4 million. There are also substantial claims by investors based upon alleged securities frauds, which are addressed below in the discussion of claims against the receivership.

**Claims by the Receivership Entities**

23. The Order Appointing Receiver also requires a description of liquidated and unliquidated claims held by the Receivership Estate, approximate valuations of claims, and anticipated or proposed methods of enforcing such claims (including likelihood of success in reducing claims to judgment and collecting such judgments (Dkt. 34 at 18, ¶55(E) as amended by Dkt. 83).

24. At this stage, PAM maintains its equitable disgorgement and fraudulent conveyance claims as previously noted. Both the Commission and FINRA continue to actively pursuing these claims. Accordingly, the Receiver is not recommending supplemental pursuit of such claims, although this may change in the future depending upon developments and the Receiver has provided support for these claims as requested.

25. The Provident Debtors have various insider claims. Substantial, complex claims exist. The extent of these claims may be as great as the entire $485 million raised. Insurance coverage of approximately $10 million has been identified. Additionally, there are various other potential assets that may be in the possession of certain insiders, which are still under investigation. During the past Quarter, the Receiver made demand on various insiders of the Provident Entities and their respective insurers. For reasons of the work product and attorney-client privilege, the Receiver would respectfully limit his comment on these potential claims at

this time. At present, the Receiver intends to handle these claims pursuant to the procedures in the bankruptcy proceedings.

26. The Blimline Entities are still assembling and processing information on all investors and assets in the Blimline Entities in an effort to determine what claims exists for the Blimline Entities. For reasons of the work product and attorney-client privilege, the Receiver would respectfully limit his comment on these potential claims at this time.

## Claims Against the Receivership Entities

27. The Order Appointing Receiver also requires a list of all known creditors with their addresses and the amounts of their claims, and the status of creditor claims proceedings after such proceedings have been commenced (Dkt. 34 at 18, ¶55(F)-(G) as amended by Dkt. 83). The records of the receivership entities do not presently allow for such lists to be prepared with any accuracy, except with regard to the Provident Debtors and the Jordan River Debtors, which have prepared such schedules in connection with their respective bankruptcy proceedings, the filings in which are incorporated by reference.

28. With regard to the Provident Debtors, generally speaking, there were secured claims in excess of $150 million against five of the Provident entities, which were resolved by a credit-bid sale of the Arcoma basin shale holdings. Unsecured claims were estimated to be at least $10 million and as much as $50 million against various Provident Entities. Considerable work has been done in the bankruptcy proceedings to determine the extent of these claims, and the bar date for claims has passed. Currently, the unsecured claims are estimated at $53 million. However, there are a number of challenges to those claims that appear warranted, and discussions are now ongoing with certain creditors. The Receiver expects to reduce the unsecured claim amount below $30 million. The investor claims have been identified and scheduled at approximately $485 million. As noted, more detailed schedules have been presented in the course of the bankruptcy proceedings, which are incorporated by reference.

29. With regard to the Jordan River Debtors, the Receiver has not yet reviewed the schedules in detail. Overall, the Jordan River offerings raised approximately $45 million as discussed below, and it is the Receiver's understanding that the unsecured claims were satisfied or otherwise resolved, and that investor claims were paid a 40% return. There remains approximately $3.8 million in undistributed assets according to the post-confirmation trustee, and these under the administration of a trustee pursuant to a confirmed plan.

30. The general ledgers recovered with respect to the additional entities are not sufficiently reliable for the Receiver to reasonably report to the Court with regard to the actual liabilities of these entities. Given the lack of quality of the records, the Receiver proposed a process of submitting claims that would allow the Receiver to accurately assess the liabilities of the additional entities. That said, the Receiver has conducted an investigation into the general purpose and activities of the additional entities, and has made the following preliminary findings:

(a) Many of the entities served as issuers of notes or debenture securities in the course of the securities offerings described below, some served as purported oil and gas operating entities, and the rest were investment or holding companies.

(b) Overall, the investment offerings were premised upon the essential proposition that the invested funds to be used in line with the strategies proposed by Defendant Blimline and/or paid over to him to use as he thought best. Generally speaking, issuer entities provided short and medium-term notes or debentures in return for invested funds. The issuer entities paid broker commissions, and forwarded the funds to purported operating entities in exchange for secondary notes between the issuers and the purported operating entities or in exchange for purportedly valuable assets that were then placed upon the books of the issuing entities.

(c) Over $150 million was transferred to the purported operating entities as a result of these note or asset transfers. These funds were commingled by means of many intercompany transfers, which show a pattern of shifting funds to entities with the

greatest need for payment of dividends and principal obligations to earlier investors, and an exchange of purportedly valuable assets from earlier related parties to later related parties. There was also substantial funding of additional affiliated entities, and some, limited purchases of third-party oil and gas assets.

(d) Taking the investment offerings chronologically, the earliest known offering involving Defendant Blimline was the Truluck offering, which took place from approximately 1998 to 2002, and which, according to Defendant Blimline, raised approximately $1 million. As a result of this activity, very limited oil and gas properties were acquired and retained by Truluck Enterprises, LLC.

(e) As that undertaking concluded, Defendant Blimline became involved in the Michigan offerings involving the Merkles which principally raised funds from 2002 to early 2005. As previously reported, the essence of this offering was that funds would be raised to support purported oil and gas offerings recommended by Defendant Blimline. The entities most directly involved were Jordan River Resources, Inc., Columbia River Resources, Inc., Delaware River Resources, Inc., Redstone Energy Corporation, Superior Petroleum Corporation, Southwest Energy Resources, Inc., Peach Tree Petroleum, Inc., Apple Tree Resources, Inc., Midwest Diversified, LLC, Huron Hydrocarbons, Inc., Shelf Exploration And Production GP, LLC, Ok Minerals, LLC, New Star Properties, LLC, Mesquite Oil And Gas, LLC, Great Lakes Energy Company, LLC, Longhorn Energy Corporation, Petroleum Resource Group, LLC. As necessary, these subset new entities are referred to as the "Jordan River Entities".

(f) The Receiver has now generally reviewed the books and records remaining from this offering both in the possession of Defendant Blimline and the post-confirmation trustee, Stephen Metzler. According to Mr. Metzler, the total amount of the offering was a little less than previously reported, closer to $45 million. Of this amount, $36 million was paid over to Blimline-controlled operations including principally an investment in a

venture named Spindletop, which appears to be an entirely worthless undertaking. The books and records of the entities show funds being circulated among the entities as needed to address investor interest needs for prior investors. The books and records identify assets that the Receiver believes never had substantial value. There is evidence that much of the oil and gas "assets" were transferred for further use in the Provident offerings and Shale Synergy offerings.

(g) In mid-2005, Defendant Blimline became involved with Defendant Melbye and formed Winterpark Production Company through which they began offering short-term notes. The elements of this undertaking began with the same premise, raising money on assets identified by Defendant Blimline. Within a short period, the notes were being satisfied with funds from subsequent investor dollars, at least according to the books and records of Winterpark.

(h) Defendant Melbye involved various parties in promoting Winterpark and/or note offerings made thereafter. Two such parties were Defendants Harrison and Coughlin.

(i) In mid-2006, Defendants Melbye, Harrison, Coughlin and Blimline formed the early Provident Entities and began to offer preferred shares that were essentially medium-term notes that paid an 18% return. Again, the purportedly valuable oil and gas assets were identified by Defendant Blimline and typically transferred from Winterpark or other entities under Defendant Blimline's control. A practice began of issuing open notes or very general purchase orders to entities controlled by Defendant Blimline began, and through this process Defendant Blimline received over $85 million.

(j) After approximately $33 million was raised, a joint venture was initiated with Sinclair Oil, and a portion of the assets and a number of the existing entities were assigned to that venture. Investor fundraising continued through Shale Royalties 5, LLC and subsequent numbered Shale Royalties entities and ultimately raised an additional $450 million.

(k) Through purported asset purchases from the bankrupt Jordan River entities, over $22 million in investor funds was paid to prior investors. Additionally, further investor funds were paid to various Michigan investors through a Blimline-controlled entity formed for that purpose, Novo Acquisitions, LLC. Similarly, investor funds in the later shale entities were used to pay interest due to investors in earlier shale entities. At the same time, substantial funds were used to lease shale property as promised to investors, although the purchases were made at inflated prices. Other details of the Provident offerings are presented in the SEC's Complaint herein.

(l) In addition to involving Defendants Harrison and Coughlin, Defendant Melbye also involved Jim O'Reilly in marketing notes. Again, the concept was the same: raise money to give to Defendant Blimline for him to use in oil and gas operations or land speculation. The early efforts involved Winterpark notes, then moved to similar notes issued by J2 Investments and/or Carole Petroleum, and finally to Shale Synergy securities. It is now clear to the Receiver that the issuing entities were Shale Synergy I and II and Ranch Rock, and the Black Rock entities were the operating entities (on the pattern of Provident Royalties, LLC) and there was also a broker-dealer (on the pattern of PAM) that was named First Star. It appears that approximately $14 million was raised in this series of efforts. Just as in the case of the Provident offerings, there were substantial funds transferred to purported Blimline operating entities in exchange for promissory notes.

31. The commingling of funds and substantial similarity of the offerings justify the imposition of a single constructive trust in which all investors should be treated the same. However, there are practical considerations that are outlined in the claims motion (Dkt. 113) that suggest that some divisions should be made as proposed in the claims motion.

32. One such practical consideration is the fact that new money from the Provident investors was used to buy substantially all of the assets out of the Jordan River Bankruptcy and

to obtain releases for Blimline. Approximately $22 million was paid to the Trustee in the Jordan River Bankruptcy, but the full sale price agreed to by Provident principals and Blimline was not paid before the Provident Entities ran out of money. A plan was confirmed in the Jordan River Bankruptcy on December 19, 2008, and so the money was committed to the payment of Jordan River creditors and investors. The Receiver has now more fully investigated the situation and is even more convinced that the sole purpose of the transaction was to attempt to funnel money from the later scheme back to Jordan River investors in an effort to satisfy federal and state authorities who were then actively investigating the key parties involved, including Defendant Blimline.

33. Another consideration is the existence of the Provident Bankruptcy proceedings, and now the advent of the Shale Synergy I and II bankruptcy proceedings. There are also the limited assets of the Shale Synergy Entities, and the fact that the balance of those entities remain in the control of Jim O'Reilly.

34. With regard to the other Blimline Entities, the Receiver has investigated more fully and can report the following with regard to the remaining entities. Carole Petroleum also served as an early purported Blimline operating entity, and was formed in 2002. Red River Operators, LLC was formed in early 2005 as the Jordan River offering began to falter, and served as a purported operating company thereafter. Winterpark and J2 were formed in mid-2005, first as issuers and later J2 served as a purported operating company. Daniel and the Lion, LLC was formed in mid-2005 as an investment vehicle for a particular large investor. Marque Energy, LLC and Arkoma Mineral Properties, Inc. were formed by Defendants Blimline and Melbye and another individual in 2006 in connection with an apparently small offering. RJW Energy, LLC was formed in mid-2006 by Defendants Melbye, Blimline and another individual for unknown purposes. Sun Valley Productions Company was formed in mid-2006 by Defendant Blimline and his wife for unknown purposes. Deer Valley Production Company was formed in late 2008 as a part of an apparent aborted offering. It is anticipated that there will be

investor claims and possibly some creditor claims as a result of the activities of these entities, and it appears that these entities have few, if any assets.

**Receiver's Recommendations**

35. Finally, the Order Appointing Receiver requires a statement of the Receiver's recommendations for a continuation of discontinuation of the receivership and the reasons for the recommendations (Dkt. 34 at 18, ¶55(H) as amended by Dkt. 83).

36. The foregoing identifies multiple reasons for the existence and continuation of the Receivership. Further, all parties have agreed to the receivership. The Receiver therefore recommends that the receivership be continued for the time being.

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659
(214) 740-5108
(214) 855-7584 (facsimile)

By: */s/ Dennis Roossien*
Dennis L. Roossien, Jr.
Bar No. 00784873

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of April, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Dennis Roossien*
Dennis Roossien

# STANDARDIZED FUND ACCOUNTING REPORT

*Receivership in SEC v. Provident Royalties, LLC, et al.*

Civil Court Docket No. 3-09cv1238

Third Quarterly Reporting Period -- 01/01/2010 to 03/31/2009

**FUND ACCOUNTING:**

| | | Reporting Period | Subtotal Prior Periods | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 07/02/2009): | $0.00 | $0.00 | $0.00 |
| | | | | |
| | *Increases in Fund Balance:* | | | |
| | | | | |
| Line 2 | Business Income | $0.00 | $0.00 | $0.00 |
| Line 3 | Cash and Securities | $0.00 | $220,197.67 | $220,197.67 |
| Line 4 | Interest/Dividend Income | $8.45 | $35.81 | $44.26 |
| Line 5 | Business Asset Liquidation | $0.00 | $0.00 | $0.00 |
| Line 6 | Personal Asset Liquidation | $0.00 | $0.00 | $0.00 |
| Line 7 | Third-Party Litigation Income | $0.00 | $0.00 | $0.00 |
| Line 8 | Miscellaneous - Other | $0.00 | $0.00 | $0.00 |
| | Total Funds Available (Lines 1-8): | $8.45 | $220,233.48 | $220,241.93 |
| | | | | |
| | *Decreases in Fund Balance:* | | | |
| | | | | |
| Line 9 | Disbursements to Investors | $0.00 | $0.00 | $0.00 |
| | | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | $0.00 | $0.00 | $0.00 |
| *Line 10b* | *Business Asset Expenses* | $1,250.00 | $0.00 | $1,250.00 |
| *Line 10c* | *Personal Asset Expenses* | $0.00 | $0.00 | $0.00 |
| *Line 10d* | *Investment Expenses* | $0.00 | $0.00 | $0.00 |
| *Line 10e* | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | $0.00 | $0.00 | $0.00 |
| | 2. Litigation Expenses | $0.00 | $0.00 | $0.00 |
| | *Total Third-Party Litigation Expenses* | $0.00 | $0.00 | $0.00 |
| | | | | $0.00 |
| *Line 10f* | *Tax Administrator Fees and Bonds* | $0.00 | $0.00 | $0.00 |
| *Line 10g* | *Federal and State Tax Payments* | $0.00 | $0.00 | $0.00 |
| | Total Disbursements for Receivership Operations | $1,250.00 | $0.00 | $1,250.00 |
| | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | $0.00 | $0.00 | $0.00 |
| | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | *Total Plan Development Expenses* | $0.00 | $0.00 | $0.00 |
| | | | | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | $0.00 | $0.00 | $0.00 |
| | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
| | Claimant Identification | $0.00 | $0.00 | $0.00 |
| | Claims Processing | $0.00 | $0.00 | $0.00 |
| | Web Site Maintenance/Call Center | $0.00 | $0.00 | $0.00 |
| | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
| | 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | $0.00 | $0.00 | $0.00 |
| | *Total Plan Implementation Expenses* | $0.00 | $0.00 | $0.00 |
| | Total Disbursements for Distribution Expenses Paid by the Fund | $0.00 | $0.00 | $0.00 |
| | | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| *Line 12a* | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | $0.00 | $0.00 | $0.00 |
| *Line 12b* | *Federal Tax Payments* | $0.00 | $0.00 | $0.00 |
| | Total Disbursements to Court/Other: | $0.00 | $0.00 | $0.00 |
| | Total Funds Disbursed (Lines 9-11) | $1,250.00 | $0.00 | $1,250.00 |
| Line 13 | Ending Balance (As of 09/30/2009): | -$1,241.55 | $220,233.48 | $218,991.93 |
| Line 14 | Ending Balance of Fund - Net Assets: | | | $0.00 |
| *Line 14a* | *Cash & Cash Equivalents* | -$1,241.55 | $220,233.48 | $218,991.93 |
| *Line 14b* | *Investments* | $0.00 | $0.00 | $0.00 |
| *Line 14c* | *Other Assets or Uncleared Funds* | $0.00 | $0.00 | $0.00 |
| | Total Ending Balance of Fund - Net Assets | -$1,241.55 | $220,233.48 | $218,991.93 |

| | | | | |
|---|---|---|---|---|
| **OTHER SUPPLEMENTAL INFORMATION:** | | **Reporting Period** | **Subtotal Prior Periods** | **Grand Total** |
| | | | | |
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| | | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | $0.00 | $0.00 | $0.00 |
| | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | *Total Plan Development Expenses Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| | | | | |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | $0.00 | $0.00 | $0.00 |
| | Independent Distribution Consultant (IDC) | $0.00 | $0.00 | $0.00 |
| | Distribution Agent | $0.00 | $0.00 | $0.00 |
| | Consultants | $0.00 | $0.00 | $0.00 |
| | Legal Advisers | $0.00 | $0.00 | $0.00 |
| | Tax Advisers | $0.00 | $0.00 | $0.00 |
| | 2. Administrative Expenses | $0.00 | $0.00 | $0.00 |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan | $0.00 | $0.00 | $0.00 |
| | Claimant Identification | $0.00 | $0.00 | $0.00 |
| | Claims Processing | $0.00 | $0.00 | $0.00 |
| | Web Site Maintenance/Call Center | $0.00 | $0.00 | $0.00 |
| | 4. Fund Administrator Bond | $0.00 | $0.00 | $0.00 |
| | 5. Miscellaneous | $0.00 | $0.00 | $0.00 |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | $0.00 | $0.00 | $0.00 |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | $0.00 | $0.00 | $0.00 |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | $0.00 | $0.00 | $0.00 |
| | | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| *Line 16a* | *Investment Expenses/CRIS Fees* | $0.00 | $0.00 | $0.00 |
| *Line 16b* | *Federal Tax Payments* | $0.00 | $0.00 | $0.00 |
| | Total Disbursements to Court/Other Not Paid by the Fund: | $0.00 | $0.00 | $0.00 |
| | | | | |
| Line 17 | DC & State Tax Payments | $0.00 | $0.00 | $0.00 |
| | | | | |
| Line 18 | No. of Claims: | | | |
| *Line 18a* | *# of Claims Received This Reporting Period* | $0.00 | $0.00 | $0.00 |
| *Line 18b* | *# of Claims Received Since Inception of Fund* | $0.00 | $0.00 | $0.00 |
| Line 19 | No. of Claimants/Investors: | | | |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* | $0.00 | $0.00 | $0.00 |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund* | $0.00 | $0.00 | $0.00 |
| | | | | |

CASE NAME: PROVIDENT ROYALTIES LLC

ACCRUAL BASIS

CASE NUMBER: 09-33886

JUDGE: Harlin DeWayne Hale

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

DIVISION 6

MONTHLY OPERATING REPORT

MONTH ENDING: 31-Mar-10

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS - 1 THROUGH ACCRUAL BASIS - 7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS REFLECT THE BALANCES AND ACTIVITY ON THE DEBTORS' BOOKS. THE DEBTORS' BOOKS AND RECORDS HAVE NOT BEEN AUDITED OR REVIEWED BY AN INDEPENDENT THIRD PARTY FOR THE YEARS ENDED DECEMBER 31, 2006, 2007, 2008 OR 2009. PLEASE NOTE THAT SCHEDULED PREPETITION AMOUNTS ARE PRELIMINARY IN NATURE AND ARE SUBJECT TO CHANGE BASED ON CONTINUING REVIEW OF THE DEBTORS' BOOKS AND RECORDS. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

[signature]
Original Signature of Responsible Party

Dennis Roossien
Printed Name of Responsible Party

Trustee
Title

4/22/10
Date

PREPARER:

Richard D Gaudreault [signature]
Original Signature of Preparer

Richard D Grandock
Printed Name of Preparer

Senior Consultant
Bridge Associates LLC
Title

April 21, 2010
Date

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DIVISION 6
MONTHLY OPERATING REPORT FOR MONTH ENDING MARCH 31, 2010
OF PROVIDENT ROYALTIES LLC
LISTING OF CO-DEBTORS INCLUDED IN THIS REPORT

| CASE NAME: | PROVIDENT ROYALTIES LLC |
|---|---|
| CASE NUMBER: | 09-33886 |

| CoDebtor Name | Case No. |
|---|---|
| Provident Operating Company LLC | 09-33883 |
| Provident Energy 1, LP | 09-33888 |
| Provident Energy 2, LP | 09-33894 |
| Provident Energy 3, LP | 09-33899 |
| Provident Resources 1, LP | 09-33887 |
| Somerset Development, Inc. | 09-33912 |
| Somerset Lease Holdings, Inc. | 09-33892 |
| Shale Royalties II, Inc. | 09-33889 |
| Shale Royalties 3, LLC | 03-33891 |
| Shale Royalties 4, Inc. | 09-33890 |
| Shale Royalties 5, Inc. | 09-33895 |
| Shale Royalties 6, Inc. | 09-33896 |
| Shale Royalties 7, Inc. | 09-33898 |
| Shale Royalties 8, Inc. | 09-33900 |
| Shale Royalties 9, Inc. | 09-33902 |
| Shale Royalties 10, Inc. | 09-33901 |
| Shale Royalties 12, Inc. | 09-33903 |
| Shale Royalties 14, Inc. | 09-33905 |
| Shale Royalties 15, Inc. | 09-33904 |
| Shale Royalties 16, Inc. | 09-33906 |
| Shale Royalties 17, Inc. | 09-33913 |
| Shale Royalties 18, Inc. | 09-33907 |
| Shale Royalties 19, Inc. | 09-33908 |
| Shale Royalties 20, Inc. | 09-33910 |
| Shale Royalties 21, Inc. | 09-33909 |
| Shale Royalties 22, Inc. | 09-33911 |

| | |
|---|---|
| CASE NAME: | PROVIDENT ROYALTIES LLC |
| CASE NUMBER: | 09-33886 |
| JUDGE: | Harlin DeWayne Hale |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

DIVISION 6

# GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGIES, AND DISCLAIMERS REGARDING MONTHLY OPERATING REPORT

MONTH ENDING: 31-Mar-10

This Monthly Operating Report, which is being filed collectively for Provident Royalties LLC; Provident Operating Company, LLC; Somerset Lease Holdings, Inc.; Somerset Development, Inc.; Provident Energy 1, LP; Provident Resources 1, LP; Provident Energy 2, LP; Provident Energy 3, LP; Shale Royalties II, Inc.; Shale Royalties 3, LLC; Shale Royalties 4, Inc.; Shale Royalties 5, Inc.; Shale Royalties 6, Inc.; Shale Royalties 7, Inc.; Shale Royalties 8, Inc.; Shale Royalties 9, Inc.; Shale Royalties 10, Inc.; Shale Royalties 12, Inc.; Shale Royalties 14, Inc.; Shale Royalties 15, Inc.; Shale Royalties 16, Inc.; Shale Royalties 17, Inc.; Shale Royalties 18, Inc.; Shale Royalties 19, Inc.; Shale Royalties 20, Inc.; Shale Royalties 21, Inc.; and Shale Royalties 22, Inc. (collectively, the "Debtors") was prepared by the Debtors' financial advisor, Bridge Associates, LLC ("Bridge"), and the Debtors' Chief Restructuring Officer, David N. Phelps, who is an employee of Bridge. Bridge, in conjunction with Dennis L. Roossien, Jr. (the "Trustee"), the duly appointed Chapter 11 trustee in the Debtors' bankruptcy cases, made reasonable efforts to file a complete and accurate Monthly Operating Report based upon information available to it at the time of preparation of the Monthly Operating Report. However, as a result of the complexity of the Debtors' business operations, this Monthly Operating Report remains subject to further revision and verification by the Trustee. Subsequent information may result in material changes in financial and other data contained in this Monthly Operating Report. The Trustee reserves his right to amend this Monthly Operating Report from time to time as may be necessary and appropriate.

This Monthly Operating Report does not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles. The Balance Sheet and Income Statement included herein are unaudited and reflect the activity and balances as such have been posted to the Debtors' general ledger. Reasonable efforts have been made to review and adjust entries and balances to correct certain known issues with accounts; however the general ledger is under continuing review and additional adjustments may be expected.

The following conventions were used in the preparation of this Monthly Operating Report:

(a) Reasonable efforts were made to allocate liabilities between pre-petition and post-petition periods based upon the information and research that was conducted in connection with the preparation of this Monthly Operating Report. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

| CASE NAME: | PROVIDENT ROYALTIES LLC |
|---|---|
| CASE NUMBER: | 09-33886 |
| JUDGE: | Harlin DeWayne Hale |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

DIVISION 6

GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGIES, AND DISCLAIMERS REGARDING MONTHLY OPERATING REPORT

MONTH ENDING: 31-Mar-10

(b) Revenues are reported on a modified accrual basis consisting of (i) cash receipts during the month, (ii) revenues offset by operating expenses as set forth in Joint Interest Billings from operators, (iii) an accrual as of period end for unpaid revenues from wells and properties that the Debtors have identified as producing facilities for which funds are due to the Debtors; and (iv) adjustments for prior month accruals for the sale of properties for which accrued revenue has been sold.

(c) Operating expenses, including payroll, are reported on a cash basis for accounting purposes.

(d) Professional fees are reported on an accrual basis.

(e) Accounts Receivables and Notes Receivable reflect best estimates of amounts due to the Debtors from third parties. In reconciling vendor statements, these amounts are subject to revision.

(f) Accounts Payable and Notes Payable reflect best estimates of amounts due to third parties by the Debtors. In reconciling vendor statements, these amounts are subject to revision.

(g) Intercompany Receivables and Payables consist of the transfer of cash among the Debtors and the pass-through of revenues and direct operating expenses related to each of the respective Debtors for receipts and disbursements processed through the centralized cash management system of the Debtors.

This Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding this Monthly Operating Report is incorporated by reference in, and comprises an integral part of, this Monthly Operating Report and should be referred to and reviewed in connection with any review of this Monthly Operating Report.

CASE NAME: PROVIDENT ROYALTIES LLC

CASE NUMBER: 09-33886

## COMPARATIVE BALANCE SHEET

| ASSETS | | Prelim SCHEDULED AMOUNT FOR 6/22/2009 | MONTH ENDED January 31, 2010 | MONTH ENDED February 28, 2010 | MONTH ENDED March 31, 2010 |
|---|---|---|---|---|---|
| 1. | Unrestricted Cash | $ 6,583,710 | $ 17,297,318 | $ 58,950,225 | $ 57,837,073 |
| 2. | Restricted Cash | $ - | | | |
| 3. | Total Cash | $ 6,583,710 | $ 17,297,318 | $ 58,950,225 | $ 57,837,073 |
| 4. | Accounts Receivable (Net) | $ 14,346,248 | $ 5,468,960 | $ 4,557,186 | $ 4,474,391 |
| 5. | Inventory | $ - | | | |
| 6. | Notes Receivable | $ 24,630,500 | $ 24,648,117 | $ 24,648,117 | $ 24,648,117 |
| 7. | Prepaid Expenses | $ - | | | |
| 8. | Other (Attach List) | $ 1,012,069 | $ 1,021,736 | $ 1,239,682 | $ 886,038 |
| 9. | Total Current Assets | $ 46,572,528 | $ 48,436,131 | $ 89,395,210 | $ 87,845,619 |
| 10. | Property, Plant & Equipment | $ 1,609,281 | $ 1,237,507 | $ 1,237,507 | $ 1,237,507 |
| 11 | Less: Accumulated Depreciation/Depletion | $ (865,417) | $ (996,778) | $ (996,778) | $ (996,778) |
| 12. | Net Property, Plant & Equipment | $ 743,864 | $ 240,729 | $ 240,729 | $ 240,729 |
| 13. | Due From Insiders | $ - | | | |
| 14 | Other Assets - Net of Amortization (Attach List) | $ 509,903,106 | $ 212,072,093 | $ 67,358,555 | $ 63,684,186 |
| 15. | Other (Attach List) | $ 14,629,880 | $ 13,601,005 | $ 13,550,911 | $ 13,521,091 |
| 16 | Total Assets | $ 571,849,379 | $ 274,349,957 | $ 170,545,405 | $ 165,291,625 |
| **POST PETITION LIABILITIES** | | | | | |
| 17. | Accounts Payable | | $ (234,174) | $ 3,477 | $ (24,734) |
| 18. | Taxes Payable | | $ (0) | $ (0) | $ (0) |
| 19. | Notes Payable | | | | |
| 20. | Accrued Property Tax | | | | |
| 21. | Accrued Professional Fees & Other | | $ 1,510,643 | $ 2,108,703 | $ 1,043,068 |
| 22. | Secured Debt | | | | |
| 23. | Other Liabilities | | $ (2,221,170) | $ (2,221,170) | $ (2,221,170) |
| 24. | Total Post Petition Liabilities | | $ (944,701) | $ (108,989) | $ (1,202,836) |
| **PRE PETITION LIABILITIES** | | | | | |
| 25. | Secured Debt | $ 179,264,559 | $ - | $ - | $ - |
| 26. | Priority Debt | $ 730 | $ 27,731 | $ (1,401) | $ (1,401) |
| 27. | Unsecured Debt-Pre-Petition A/P | $ 16,822,258 | $ 15,414,644 | $ 11,800,538 | $ 11,719,675 |
| 28. | Other Prepetition Liabilities | $ 52,116,986 | $ 72,497,914 | $ 72,527,045 | $ 53,912,590 |
| 29 | Other | | | | |
| 30 | Total Pre Petition Liabilities | $ 248,204,532 | $ 87,940,288 | $ 84,326,183 | $ 65,630,864 |
| 31 | Total Liabilities | $ 248,204,532 | $ 86,995,587 | $ 84,217,194 | $ 64,428,028 |
| **EQUITY** | | | | | |
| 32 | Pre Petition Owners' Equity | | $ 325,932,449 | $ 325,932,451 | $ 325,932,449 |
| 33 | Post Petition Cumulative Profit Or (Loss) | | $ (138,578,079) | $ (239,604,239) | $ (225,068,852) |
| 34 | Direct Charges To Equity (Attach Explanation Footnote) | | | | |
| 35 | Total Equity | | $ 187,354,370 | $ 86,328,212 | $ 100,863,597 |
| 36. | Total Liabilities and Equity | | $ 274,349,957 | $ 170,545,405 | $ 165,291,625 |

This form _X_ does ___ does not have related footnotes on Footnotes Supplement.

CASE NAME: PROVIDENT ROYALTIES LLC

CASE NUMBER: 09-33886

## COMPARATIVE BALANCE SHEET

| ASSETS | Prelim SCHEDULED AMOUNT FOR 6/22/2009 | MONTH ENDED Jan 31, 2010 | MONTH ENDED Feb 28, 2010 | MONTH ENDED Mar 31, 2010 |
|---|---|---|---|---|
| A. Intercompany Receivable - Pre | 1,012,069 | 279,203 | 537,152 | 537,152 |
| B. Intercompany Receivable - Post | | 742,533 | 702,530 | 348,887 |
| C. | | | | |
| D. | | | | |
| E. | | | | |
| TOTAL OTHER ASSETS - LINE 8 | 1,012,069 | 1,021,736 | 1,239,682 | 886,038 |
| | | | | |
| A. Mineral Rights | 122,219,360 | 7,441,341 | 5,002,752 | 4,781,983 |
| B. Equipment and Leaseholds | 387,683,746 | 204,630,752 | 62,355,803 | 58,902,203 |
| C. | | | | |
| D. | | | | |
| E. | | | | |
| TOTAL OTHER ASSETS NET OF AMORTIZATION - LINE 14 | 509,903,106 | 212,072,093 | 67,358,555 | 63,684,186 |
| | | | | |
| A. Other Investment | 10,516,230 | 10,516,230 | 10,516,230 | 10,516,230 |
| B. Investment in Subsidiaries | 2,765,121 | 2,765,121 | 2,765,121 | 2,765,121 |
| C. Deposits and Other Assets | 1,348,530 | 319,654 | 269,561 | 239,741 |
| D. | | | | |
| E. | | | | |
| TOTAL OTHER ASSETS - LINE 15 | 14,629,880 | 13,601,005 | 13,550,911 | 13,521,091 |
| | | | | |
| **POST PETITION LIABILITIES** | | | | |
| A. Deferred Tax Liabilities | | (2,221,170) | (2,221,170) | (2,221,170) |
| B. Intercompany Payables Post | | - | - | - |
| C. | | | | |
| D. | | | | |
| E. | | | | |
| TOTAL OTHER POST PETITION LIABILITIES - LINE 23 | | (2,221,170) | (2,221,170) | (2,221,170) |
| | | | | |
| **PRE PETITION LIABILITIES** | | | | |
| A. Payables -other | 1,546,040 | - | - | 8,000,000 |
| B. Revenues Payable | 4,634,645 | 16,996 | 16,996 | 16,996 |
| C. Accrued Dividends | 34,171,833 | 34,171,833 | 34,171,833 | 34,171,833 |
| D. Unsecured Debt | - | 26,614,456 | 26,614,456 | - |
| D. Due to Others | 11,723,761 | 11,694,629 | 11,723,761 | 11,723,761 |
| E. Intercompany and Other | 40,707 | - | - | - |
| TOTAL OTHER PRE PETITION LIABILITIES - LINE 28 | 52,116,986 | 72,497,914 | 72,527,045 | 53,912,590 |

This form _X_ does ___ does not have related footnotes on Footnotes Supplement.

Provident Royalties LLC
Case Number 09-33886
supplement to ACC-1
Balance Sheet as of March 31, 2010

| Debtor<br>Case Number | Provident Resources LLC<br>09-33886 | Provident Operating Company LLC<br>09-33893 | Provident Energy 1 LP<br>09-33888 | Provident Energy 2 LP<br>09-33894 | Provident Energy 3 LP<br>09-33899 |
|---|---|---|---|---|---|
| CASH AND CASH EQUIVALENTS | 79,839 | - | - | - | - |
| ACCOUNTS RECEIVABLE | 19,304 | 124,321 | - | 553,667 | - |
| NOTES RECEIVABLE | 2,467,700 | 9,058 | - | 4,100,000 | - |
| I/C RECEIVABLES PREPETITION | 436,237,013 | 38,991,279 | 8,628,994 | 10,221,277 | 15,225 |
| I/C RECEIVABLES - POST PETITION | 11,260,793 | 325,041 | 179,602 | 303,365 | - |
| INVESTMENTS IN SUBSIDIARIES | 2,766,483 | - | - | - | - |
| OTHER INVESTMENTS | - | - | - | - | - |
| BUILDING FURNISHING & FIXTURES | 1,237,507 | - | - | - | - |
| ACCUM DEPRECIATION | (996,778) | - | - | - | - |
| MINERAL RIGHTS | - | - | 15,225 | (2,560) | - |
| Lease Bonus | - | - | - | - | - |
| Leasehold Costs | - | - | 32,818 | 272,346 | - |
| Accrued Leasehold | - | - | - | 3,960,000 | - |
| Leasehold Costs - Producing | - | - | - | 1,100,000 | - |
| Lease & Well Equipment | - | - | - | - | - |
| Intangible Drilling Costs | 13 | - | - | - | - |
| Intangible Completion Costs | - | - | - | - | - |
| INVENTORY-CASING | - | - | - | - | - |
| O&G Property Acq Deposits | - | - | - | - | - |
| Landman/Filing Fees | - | - | (2,540) | 11 | - |
| Drilling Advances Paid Vendors | - | - | - | - | - |
| EQUIPMENT AND LEASEHOLDS | 13 | - | 30,278 | 5,332,357 | - |
| DEPOSITS AND OTHER ASSETS | 225,826 | 810 | - | 0 | - |
| TOTAL ASSETS | 453,297,699 | 39,450,508 | 8,854,098 | 20,508,106 | 15,225 |

Provident Royalties LLC
Case Number 09-33886
supplement to ACC-1
Balance Sheet as of March 31, 2010

| Debtor<br>Case Number | Provident Resources LLC<br>09-33886 | Provident Operating Company LLC<br>09-33893 | Provident Energy 1 LP<br>09-33888 | Provident Energy 2 LP<br>09-33894 | Provident Energy 3 LP<br>09-33899 |
|---|---|---|---|---|---|
| ACCOUNTS PAYABLE - POST | (24,734) | - | - | - | - |
| PAYROLL TAXES PAYABLE - POST | (0) | - | - | - | - |
| ACCRUED & OTHER C/L - POST | 1,154,632 | (36,998) | - | - | - |
| ST TAX LIABILITY | - | - | - | - | - |
| DEFERRED TAX LIABILITY | - | - | - | - | - |
| INTERCOMPANY LIABILITIES - POST | 12,466,167 | 245,415 | 110,401 | 187,006 | - |
| TOTAL POST PETITION LIABILITIES | 13,596,065 | 208,417 | 110,401 | 187,006 | - |
| UNSECURED TRADE PREPETITION | 6,311,048 | 5,408,485 | - | - | 335 |
| OTHER PREPETITION DEBT | 8,002,388 | 16,996 | - | - | - |
| I/C PAYABLE - PREPETITION | 433,259,952 | 30,832,092 | 4,909,801 | 7,268,556 | 46,538 |
| PRIORITY UNSECURED PREPETITION | 3,134 | - | - | - | (100) |
| UNSECURED DEBT PREPETITION | - | - | - | - | - |
| TOTAL PREPETITION DEBT | 447,576,521 | 36,257,573 | 4,909,801 | 7,268,556 | 46,773 |
| Preferred Stock - Shareholders | - | - | 6,720,000 | 26,915,000 | - |
| Broker Dealer Commissions Paid | - | - | (916,725) | (3,752,800) | - |
| Paid in Capital | - | - | - | - | 935 |
| Equity | (100,119) | (31,945) | (17,396) | (253,629) | (27,191) |
| Dividend Distributions | - | - | - | - | - |
| Deferred Dividends Payable-PF | - | - | - | - | - |
| Accrued Dividend | - | - | - | - | - |
| Retained Earnings | (23,628,388) | (525,885) | (1,924,641) | (6,602,779) | (5,291) |
| Net Income (Loss) Year To Date | 15,853,619 | 3,542,348 | (27,342) | (3,253,248) | - |
| EQUITY | (7,874,888) | 2,984,518 | 3,833,896 | 13,052,543 | (31,548) |
| TOTAL LIABILITIES AND EQUITY | 453,297,699 | 39,450,508 | 8,854,098 | 20,508,106 | 15,225 |

This form _X_ does ____ does not have related footnotes on Footnotes Supplement.

Provident Royalties LLC
Case Number 09-33886
supplement to ACC-1
Balance Sheet as of March 31, 2010

| Debtor<br>Case Number | Provident Resources 1, LP<br>09-33887 | Somerset Development Inc<br>09-33912 | Somerset Lease Holdings Inc<br>09-33892 | Shale Royalties II, Inc.<br>09-33889 | Shale Royalties 3, Inc.<br>09-33891 |
|---|---|---|---|---|---|
| CASH AND CASH EQUIVALENTS | - | 41,129,165 | 16,628,068 | - | - |
| ACCOUNTS RECEIVABLE | - | - | 5,255 | - | - |
| NOTES RECEIVABLE | 5,678 | - | - | - | - |
| I/C RECEIVABLES PREPETITION | 5,558,010 | 947,721 | 5,273,308 | 8,944,975 | 191,181,595 |
| I/C RECEIVABLES - POST PETITION | 259,030 | 10,554,675 | 2,052,942 | 3,686 | 438,967 |
| INVESTMENTS IN SUBSIDIARIES | (1,362) | - | - | - | - |
| OTHER INVESTMENTS | - | - | - | - | - |
| BUILDING FURNISHING & FIXTURES | - | - | - | - | - |
| ACCUM DEPRECIATION | - | - | - | - | - |
| MINERAL RIGHTS | - | - | - | 270,589 | 991,332 |
| Lease Bonus | - | - | - | - | 13,599 |
| Leasehold Costs | 50,245 | 84,683 | - | 26,091 | 181,184 |
| Accrued Leasehold | - | - | - | - | - |
| Leasehold Costs - Producing | - | - | - | - | 89 |
| Lease & Well Equipment | - | - | - | - | 475 |
| Intangible Drilling Costs | - | - | - | - | 4,018 |
| Intangible Completion Costs | - | - | - | - | - |
| INVENTORY-CASING | - | - | - | - | - |
| O&G Property Acq Deposits | - | - | - | - | - |
| Landman/Filing Fees | 25,855 | - | - | 28,070 | 46,904 |
| Drilling Advances Paid Vendors | - | - | - | - | 51,014 |
| EQUIPMENT AND LEASEHOLDS | 76,099 | 84,683 | - | 54,160 | 297,285 |
| DEPOSITS AND OTHER ASSETS | - | - | - | - | - |
| TOTAL ASSETS | 5,897,455 | 52,716,244 | 23,959,574 | 9,273,411 | 192,909,179 |

Provident Royalties LLC
Case Number 09-33886
supplement to ACC-1
Balance Sheet as of March 31, 2010

| Debtor<br>Case Number | Provident Resources 1, LP<br>09-33887 | Somerset Development Inc<br>09-33912 | Somerset Lease Holdings Inc<br>09-33892 | Shale Royalties II, Inc.<br>09-33889 | Shale Royalties 3, Inc.<br>09-33891 |
|---|---|---|---|---|---|
| ACCOUNTS PAYABLE - POST | - | - | - | - | - |
| PAYROLL TAXES PAYABLE - POST | - | - | - | - | - |
| ACCRUED & OTHER C/L - POST | - | (54,615) | (22,030) | - | - |
| ST TAX LIABILITY | - | - | - | - | - |
| DEFERRED TAX LIABILITY | 95 | - | - | (14,156) | - |
| INTERCOMPANY LIABILITIES - POST | 133,593 | 2,248,406 | 17,344,466 | 164,576 | 2,668,859 |
| TOTAL POST PETITION LIABILITIES | 133,689 | 2,193,791 | 17,322,436 | 150,419 | 2,668,859 |
| UNSECURED TRADE PREPETITION | - | - | - | - | - |
| OTHER PREPETITION DEBT | - | - | - | 222,650 | 2,321,655 |
| I/C PAYABLE - PREPETITION | 1,363,767 | 1,050,126 | 6,215,532 | 10,544,232 | 208,588,606 |
| PRIORITY UNSECURED PREPETITION | (17,295) | - | - | (27,444) | - |
| UNSECURED DEBT PREPETITION | - | - | - | - | - |
| TOTAL PREPETITION DEBT | 1,346,471 | 1,050,126 | 6,215,532 | 10,739,438 | 210,910,261 |
| Preferred Stock - Shareholders | 9,175,000 | - | - | 4,480,026 | 19,695,000 |
| Broker Dealer Commissions Paid | (1,327,475) | - | - | (1,558,850) | (2,898,375) |
| Paid in Capital | - | - | - | 859 | 1,790 |
| Equity | (44,680) | 5,082,469 | 420,813 | 25,744 | 28,063 |
| Dividend Distributions | - | - | - | - | - |
| Deferred Dividends Payable-PF | - | - | - | (202,650) | - |
| Accrued Dividend | - | - | - | - | (2,321,655) |
| Retained Earnings | (2,962,233) | (521) | (4) | (3,867,680) | (33,473,874) |
| Net Income (Loss) Year To Date | (423,316) | 44,390,379 | 797 | (493,895) | (1,700,890) |
| EQUITY | 4,417,296 | 49,472,328 | 421,606 | (1,616,446) | (20,669,941) |
| TOTAL LIABILITIES AND EQUITY | 5,897,455 | 52,716,244 | 23,959,574 | 9,273,411 | 192,909,179 |

This form _X_ does ___ does not have related footnotes on Footnotes Supplement.

Provident Royalties LLC
Case Number 09-33886
supplement to ACC-1
Balance Sheet as of March 31, 2010

| Debtor<br>Case Number | Shale Royalties 4, Inc.<br>09-33890 | Shale Royalties 5, Inc.<br>09-33895 | Shale Royalties 6, Inc.<br>09-33896 | Shale Royalties 7, Inc.<br>09-33898 | Shale Royalties 8, Inc.<br>09-33900 |
|---|---|---|---|---|---|
| CASH AND CASH EQUIVALENTS | - | - | - | - | - |
| ACCOUNTS RECEIVABLE | - | - | - | 920,904 | 580,000 |
| NOTES RECEIVABLE | 2,220,681 | 500,000 | - | 2,000,000 | 2,000,000 |
| I/C RECEIVABLES PREPETITION | 141,155,168 | 4,465,089 | 4,760,119 | 6,565,705 | 9,212,907 |
| I/C RECEIVABLES - POST PETITION | 300,705 | 2,376,220 | 1,402,297 | 1,543,747 | 705,888 |
| INVESTMENTS IN SUBSIDIARIES | - | - | - | - | - |
| OTHER INVESTMENTS | - | 10,516,230 | - | - | - |
| BUILDING FURNISHING & FIXTURES | - | - | - | - | - |
| ACCUM DEPRECIATION | - | - | - | - | - |
| MINERAL RIGHTS | 715,596 | 202,908 | 312,450 | 206,578 | 400,000 |
| Lease Bonus | 24,367 | 31,737 | - | - | - |
| Leasehold Costs | 520,906 | 1,022,745 | 405,413 | 1,825,599 | 3,582,084 |
| Accrued Leasehold | - | 14,906,500 | - | - | - |
| Leasehold Costs - Producing | 251,003 | 2,410 | - | 225,289 | - |
| Lease & Well Equipment | 135,014 | 1,891 | 34,722 | 92 | - |
| Intangible Drilling Costs | 179,956 | 11,782 | 162,442 | - | 33 |
| Intangible Completion Costs | - | - | - | - | - |
| INVENTORY-CASING | - | - | - | - | - |
| O&G Property Acq Deposits | - | 14,448 | - | - | - |
| Landman/Filing Fees | 73,804 | 167,367 | 30,919 | 105,160 | 526,755 |
| Drilling Advances Paid Vendors | (187) | (54) | - | - | - |
| EQUIPMENT AND LEASEHOLDS | 1,184,863 | 16,158,825 | 633,496 | 2,156,140 | 4,108,872 |
| DEPOSITS AND OTHER ASSETS | 540 | 0 | 270 | 15 | (1) |
| TOTAL ASSETS | 145,577,552 | 34,219,272 | 7,108,631 | 13,393,088 | 17,007,666 |

Provident Royalties LLC
Case Number 09-33886
supplement to ACC-1
Balance Sheet as of March 31, 2010

| Debtor<br>Case Number | Shale Royalties 4, Inc.<br>09-33890 | Shale Royalties 5, Inc.<br>09-33895 | Shale Royalties 6, Inc.<br>09-33896 | Shale Royalties 7, Inc.<br>09-33898 | Shale Royalties 8, Inc.<br>09-33900 |
|---|---|---|---|---|---|
| ACCOUNTS PAYABLE - POST | - | - | - | - | - |
| PAYROLL TAXES PAYABLE - POST | - | - | - | - | - |
| ACCRUED & OTHER C/L - POST | - | 2,079 | - | - | - |
| ST TAX LIABILITY | - | - | - | - | - |
| DEFERRED TAX LIABILITY | 940,177 | (227,896) | 44,397 | 321,875 | (391,183) |
| INTERCOMPANY LIABILITIES - POST | 2,886,961 | 268,524 | 360,203 | 1,194,900 | 376,639 |
| TOTAL POST PETITION LIABILITIES | 3,827,138 | 42,707 | 404,601 | 1,516,775 | (14,544) |
| UNSECURED TRADE PREPETITION | - | - | - | - | - |
| OTHER PREPETITION DEBT | 2,558,045 | 14,253,330 | 2,290,037 | 2,588,887 | 2,693,755 |
| I/C PAYABLE - PREPETITION | 152,625,888 | 23,059,393 | 9,566,116 | 34,282,485 | 9,567,057 |
| PRIORITY UNSECURED PREPETITION | 3,690 | - | (21,790) | - | 8,350 |
| UNSECURED DEBT PREPETITION | - | - | - | - | - |
| TOTAL PREPETITION DEBT | 155,187,623 | 37,312,723 | 11,834,363 | 36,871,371 | 12,269,162 |
| Preferred Stock - Shareholders | 27,410,000 | 29,905,000 | 27,460,000 | 31,370,000 | 31,810,409 |
| Broker Dealer Commissions Paid | (3,687,025) | (4,337,725) | (3,874,300) | (4,094,375) | (4,149,746) |
| Paid in Capital | 19,678 | 895 | 895 | 895 | 895 |
| Equity | (163,199) | (3,086) | (68,535) | (29,563) | (8,037) |
| Dividend Distributions | - | - | - | - | - |
| Deferred Dividends Payable-PF | - | - | - | - | - |
| Accrued Dividend | (2,558,045) | (2,571,830) | (2,290,037) | (2,588,887) | (2,693,755) |
| Retained Earnings | (33,020,370) | (13,816,031) | (9,989,634) | (8,145,437) | (4,790,577) |
| Net Income (Loss) Year To Date | (1,438,248) | (12,313,382) | (16,368,722) | (41,507,692) | (15,416,141) |
| EQUITY | (13,437,209) | (3,136,158) | (5,130,333) | (24,995,059) | 4,753,048 |
| TOTAL LIABILITIES AND EQUITY | 145,577,552 | 34,219,272 | 7,108,631 | 13,393,088 | 17,007,666 |

This form _X_ does ___ does not have related footnotes on Footnotes Supplement.

Provident Royalties LLC
Case Number 09-33886
supplement to ACC-1
Balance Sheet as of March 31, 2010

| Debtor<br>Case Number | Shale Royalties 9, Inc.<br>09-33902 | Shale Royalties 10, Inc.<br>09-33901 | Shale Royalties 12, Inc.<br>09-33903 | Shale Royalties 14, Inc.<br>09-33905 | Shale Royalties 15, Inc.<br>09-33904 |
|---|---|---|---|---|---|
| CASH AND CASH EQUIVALENTS | - | - | - | - | - |
| ACCOUNTS RECEIVABLE | 93,985 | - | - | - | 564,000 |
| NOTES RECEIVABLE | - | 20,000 | - | - | 3,000,000 |
| I/C RECEIVABLES PREPETITION | 15,683,514 | 10,248,286 | 13,693,453 | 9,803,272 | 6,400,795 |
| I/C RECEIVABLES - POST PETITION | 312,834 | 92,130 | 127,062 | 9,903,924 | 801,871 |
| INVESTMENTS IN SUBSIDIARIES | - | - | - | - | - |
| OTHER INVESTMENTS | - | - | - | - | - |
| BUILDING FURNISHING & FIXTURES | - | - | - | - | - |
| ACCUM DEPRECIATION | - | - | - | - | - |
| MINERAL RIGHTS | 482,664 | 90,213 | 156,966 | 700,023 | - |
| Lease Bonus | - | - | - | - | - |
| Leasehold Costs | 4,480,534 | 1,598,370 | 5,519,833 | 3,525,350 | 670,851 |
| Accrued Leasehold | - | 3,280,500 | 2,345,000 | (14,669) | - |
| Leasehold Costs - Producing | 20,000 | - | 540,574 | - | - |
| Lease & Well Equipment | 529 | - | - | - | - |
| Intangible Drilling Costs | 2,229 | - | - | - | - |
| Intangible Completion Costs | 14,978 | - | - | - | - |
| INVENTORY-CASING | - | - | - | - | - |
| O&G Property Acq Deposits | - | - | - | - | - |
| Landman/Filing Fees | 220,949 | 172,856 | 204,217 | 3,617 | 155,366 |
| Drilling Advances Paid Vendors | 486,716 | - | - | - | - |
| EQUIPMENT AND LEASEHOLDS | 5,225,935 | 5,051,726 | 8,609,623 | 3,514,298 | 826,217 |
| DEPOSITS AND OTHER ASSETS | 270 | 405 | 450 | 16 | (0) |
| TOTAL ASSETS | 21,799,203 | 15,502,759 | 22,587,553 | 23,921,533 | 11,592,883 |

Shale Royalties LLC
Case Number 09-33886
supplement to ACC-1
Balance Sheet as of March 31, 2010

| Debtor<br>Case Number | Shale Royalties 9, Inc.<br>09-33902 | Shale Royalties 10, Inc.<br>09-33901 | Shale Royalties 12, Inc.<br>09-33903 | Shale Royalties 14, Inc.<br>09-33905 | Shale Royalties 15, Inc.<br>09-33904 |
|---|---|---|---|---|---|
| ACCOUNTS PAYABLE - POST | - | - | - | - | - |
| PAYROLL TAXES PAYABLE - POST | - | - | - | - | - |
| ACCRUED & OTHER C/L - POST | - | - | - | - | - |
| ST TAX LIABILITY | - | - | - | - | - |
| DEFERRED TAX LIABILITY | (351,446) | (385,371) | (430,279) | 33,379 | (333,560) |
| INTERCOMPANY LIABILITIES - POST | 939,375 | 238,073 | 275,178 | 979,243 | 211,138 |
| TOTAL POST PETITION LIABILITIES | 587,929 | (147,299) | (155,101) | 1,012,621 | (122,422) |
| UNSECURED TRADE PREPETITION | - | - | - | - | - |
| OTHER PREPETITION DEBT | 2,717,887 | 2,451,445 | 2,884,829 | 2,470,784 | 2,198,882 |
| I/C PAYABLE - PREPETITION | 18,828,717 | 4,523,737 | 5,488,949 | 4,675,210 | 1,462,607 |
| PRIORITY UNSECURED PREPETITION | - | - | - | 50,863 | - |
| UNSECURED DEBT PREPETITION | - | - | - | - | - |
| TOTAL PREPETITION DEBT | 21,546,603 | 6,975,182 | 8,373,778 | 7,196,857 | 3,661,489 |
| Preferred Stock - Shareholders | 33,135,000 | 29,050,000 | 34,900,000 | 31,125,000 | 27,525,000 |
| Broker Dealer Commissions Paid | (4,290,775) | (3,860,300) | (4,471,150) | (4,011,225) | (3,500,325) |
| Paid in Capital | 895 | 895 | 895 | 895 | 895 |
| Equity | (492) | (1,097) | (98,695) | (301,700) | (297,048) |
| Dividend Distributions | - | - | - | - | - |
| Deferred Dividends Payable-PF | - | - | - | - | - |
| Accrued Dividend | (2,717,887) | (2,446,570) | (2,864,956) | (2,470,784) | (2,198,882) |
| Retained Earnings | (5,243,725) | (2,939,649) | (3,054,955) | (7,773,484) | (5,663,431) |
| Net Income (Loss) Year To Date | (21,218,346) | (11,128,404) | (10,042,262) | (856,647) | (7,812,394) |
| EQUITY | (335,329) | 8,674,876 | 14,368,877 | 15,712,055 | 8,053,816 |
| TOTAL LIABILITIES AND EQUITY | 21,799,203 | 15,502,759 | 22,587,553 | 23,921,533 | 11,592,883 |

This form _X_ does ___ does not have related footnotes on Footnotes Supplement.

Provident Royalties LLC
Case Number 09-33886
supplement to ACC-1
Balance Sheet as of March 31, 2010

| Debtor<br>Case Number | Shale Royalties 16, Inc.<br>09-33906 | Shale Royalties 17, Inc.<br>09-33913 | Shale Royalties 18, Inc.<br>09-33907 | Shale Royalties 19, Inc.<br>09-33908 | Shale Royalties 20, Inc.<br>09-33910 |
|---|---|---|---|---|---|
| CASH AND CASH EQUIVALENTS | - | - | - | - | - |
| ACCOUNTS RECEIVABLE | 419,325 | 1,193,631 | - | - | - |
| NOTES RECEIVABLE | 1,325,000 | 6,400,000 | 600,000 | - | - |
| I/C RECEIVABLES PREPETITION | 12,340,088 | 7,989,054 | 18,848,310 | 9,095,985 | 5,691,462 |
| I/C RECEIVABLES - POST PETITION | 168,151 | 155,987 | 50,118 | 144,849 | - |
| INVESTMENTS IN SUBSIDIARIES | - | - | - | - | - |
| OTHER INVESTMENTS | - | - | - | - | - |
| BUILDING FURNISHING & FIXTURES | - | - | - | - | - |
| ACCUM DEPRECIATION | - | - | - | - | - |
| MINERAL RIGHTS | 240,000 | - | - | - | - |
| Lease Bonus | - | - | - | - | - |
| Leasehold Costs | 11,093 | 1,873,933 | 1,069,192 | 911,130 | - |
| Accrued Leasehold | - | - | - | - | - |
| Leasehold Costs - Producing | 1,600,000 | 6,023 | - | - | - |
| Lease & Well Equipment | - | - | - | - | - |
| Intangible Drilling Costs | - | - | - | - | - |
| Intangible Completion Costs | - | - | - | - | - |
| INVENTORY-CASING | - | - | - | - | - |
| O&G Property Acq Deposits | - | - | - | - | - |
| Landman/Filing Fees | 36,181 | 35,871 | - | 13,037 | - |
| Drilling Advances Paid Vendors | - | 872 | - | - | - |
| EQUIPMENT AND LEASEHOLDS | 1,647,274 | 1,916,699 | 1,069,192 | 924,167 | - |
| DEPOSITS AND OTHER ASSETS | (0) | 0 | 2,075 | - | 8,689 |
| TOTAL ASSETS | 16,139,837 | 17,655,372 | 20,569,695 | 10,165,001 | 5,700,151 |

Provident Royalties LLC
Case Number 09-33886
supplement to ACC-1
Balance Sheet as of March 31, 2010

| Debtor<br>Case Number | Shale Royalties 16, Inc.<br>09-33906 | Shale Royalties 17, Inc.<br>09-33913 | Shale Royalties 18, Inc.<br>09-33907 | Shale Royalties 19, Inc.<br>09-33908 | Shale Royalties 20, Inc.<br>09-33910 |
|---|---|---|---|---|---|
| ACCOUNTS PAYABLE - POST | - | - | - | - | - |
| PAYROLL TAXES PAYABLE - POST | - | - | - | - | - |
| ACCRUED & OTHER C/L - POST | - | - | - | - | - |
| ST TAX LIABILITY | - | - | - | - | - |
| DEFERRED TAX LIABILITY | (397,552) | (377,371) | (390,120) | (156,606) | (105,552) |
| INTERCOMPANY LIABILITIES - POST | 235,912 | 217,770 | 121,621 | 61,314 | 32,458 |
| TOTAL POST PETITION LIABILITIES | (161,639) | (159,601) | (268,498) | (95,293) | (73,094) |
| UNSECURED TRADE PREPETITION | (193) | - | - | - | - |
| OTHER PREPETITION DEBT | 2,561,917 | 2,258,477 | 896,038 | 355,724 | 168,866 |
| I/C PAYABLE - PREPETITION | 3,469,409 | 4,256,868 | 2,530,422 | 1,613,255 | 500,643 |
| PRIORITY UNSECURED PREPETITION | - | - | - | - | - |
| UNSECURED DEBT PREPETITION | - | - | - | - | - |
| TOTAL PREPETITION DEBT | 6,031,133 | 6,515,345 | 3,426,460 | 1,968,979 | 669,509 |
| Preferred Stock - Shareholders | 31,285,000 | 30,505,002 | 24,430,000 | 12,225,000 | 6,885,000 |
| Broker Dealer Commissions Paid | (4,159,325) | (4,111,550) | (3,266,350) | (1,723,700) | (887,275) |
| Paid in Capital | 895 | 895 | 935 | 935 | 935 |
| Equity | (280,145) | (2,010,284) | (606,844) | (736,843) | (325,919) |
| Dividend Distributions | - | - | - | - | - |
| Deferred Dividends Payable-PF | - | - | - | - | - |
| Accrued Dividend | (2,561,917) | (2,258,477) | (896,038) | (355,724) | (168,866) |
| Retained Earnings | (7,835,236) | (5,099,019) | (1,865,465) | (578,835) | (185,012) |
| Net Income (Loss) Year To Date | (6,178,927) | (5,726,939) | (384,504) | (539,519) | (215,127) |
| EQUITY | 10,270,344 | 11,299,628 | 17,411,733 | 8,291,315 | 5,103,736 |
| TOTAL LIABILITIES AND EQUITY | 16,139,837 | 17,655,372 | 20,569,695 | 10,165,001 | 5,700,151 |

This form _X_ does ___ does not have related footnotes on Footnotes Supplement.

Provident Royalties LLC
Case Number 09-33886
supplement to ACC-1
Balance Sheet as of March 31, 2010

| Debtor<br>Case Number | Shale Royalties 21, Inc.<br>09-33909 | Shale Royalties 22, Inc.<br>09-33911 | Elimination | Consolidated |
|---|---|---|---|---|
| CASH AND CASH EQUIVALENTS | - | - | - | 57,837,073 |
| ACCOUNTS RECEIVABLE | - | - | - | 4,474,391 |
| NOTES RECEIVABLE | - | - | - | 24,648,117 |
| I/C RECEIVABLES PREPETITION | 100 | - | (981,415,550) | 537,152 |
| I/C RECEIVABLES - POST PETITION | - | - | (43,114,997) | 348,887 |
| INVESTMENTS IN SUBSIDIARIES | - | - | - | 2,765,121 |
| OTHER INVESTMENTS | - | - | - | 10,516,230 |
| BUILDING FURNISHING & FIXTURES | - | - | - | 1,237,507 |
| ACCUM DEPRECIATION | - | - | - | (996,778) |
| MINERAL RIGHTS | - | - | - | 4,781,983 |
| Lease Bonus | - | - | - | 69,703 |
| Leasehold Costs | - | - | - | 27,664,399 |
| Accrued Leasehold | - | - | - | 24,477,331 |
| Leasehold Costs - Producing | - | - | - | 3,745,389 |
| Lease & Well Equipment | - | - | - | 172,723 |
| Intangible Drilling Costs | - | - | - | 360,473 |
| Intangible Completion Costs | - | - | - | 14,978 |
| INVENTORY-CASING | - | - | - | - |
| O&G Property Acq Deposits | - | - | - | 14,448 |
| Landman/Filing Fees | - | - | - | 1,844,398 |
| Drilling Advances Paid Vendors | - | - | - | 538,362 |
| EQUIPMENT AND LEASEHOLDS | - | - | - | 58,902,203 |
| DEPOSITS AND OTHER ASSETS | 376 | - | - | 239,741 |
| TOTAL ASSETS | 476 | - | (1,024,530,547) | 165,291,625 |

Provident Royalties LLC
Case Number 09-33886
supplement to ACC-1
Balance Sheet as of March 31, 2010

| Debtor<br>Case Number | Shale Royalties 21, Inc.<br>09-33909 | Shale Royalties 22, Inc.<br>09-33911 | Elimination | Consolidated |
|---|---|---|---|---|
| ACCOUNTS PAYABLE - POST | - | - | - | (24,734) |
| PAYROLL TAXES PAYABLE - POST | - | - | - | (0) |
| ACCRUED & OTHER C/L - POST | - | - | - | 1,043,068 |
| ST TAX LIABILITY | - | - | - | - |
| DEFERRED TAX LIABILITY | (1) | - | - | (2,221,170) |
| INTERCOMPANY LIABILITIES - POST | 1 | - | (43,968,199) | - |
| TOTAL POST PETITION LIABILITIES | 0 | - | (43,968,199) | (1,202,836) |
| UNSECURED TRADE PREPETITION | - | - | - | 11,719,675 |
| OTHER PREPETITION DEBT | - | - | - | 53,912,590 |
| I/C PAYABLE - PREPETITION | 17,391 | 15,000 | (980,562,348) | - |
| PRIORITY UNSECURED PREPETITION | (1,363) | 554 | - | (1,401) |
| UNSECURED DEBT PREPETITION | - | - | - | - |
| TOTAL PREPETITION DEBT | 16,028 | 15,554 | (980,562,348) | 65,630,864 |
| Preferred Stock - Shareholders | - | - | - | 476,005,436 |
| Broker Dealer Commissions Paid | - | - | - | (64,879,371) |
| Paid in Capital | 935 | 935 | - | 37,782 |
| Equity | 65 | 65 | - | 150,771 |
| Dividend Distributions | - | - | - | - |
| Deferred Dividends Payable-PF | - | - | - | (202,650) |
| Accrued Dividend | - | - | - | (33,964,308) |
| Retained Earnings | (16,552) | (16,554) | - | (183,025,260) |
| Net Income (Loss) Year To Date | (0) | - | - | (93,258,803) |
| EQUITY | (15,553) | (15,554) | - | 100,863,597 |
| TOTAL LIABILITIES AND EQUITY | 476 | 0 | (1,024,530,547) | 165,291,625 |

This form _X_ does ___ does not have related footnotes on Footnotes Supplement.

CASE NAME: PROVIDENT ROYALTIES LLC

CASE NUMBER: 09-33886

## INCOME STATEMENT

| REVENUES | For the Period from June 22 to June 30, 2009 | Month Ended Jan 31, 2010 | Month Ended Feb 28, 2010 | Month Ended Mar 31, 2010 | QUARTER TOTAL |
|---|---|---|---|---|---|
| 1. Gross Revenues | $ 136,578 | $ 133,394 | $ 27,646 | $ 83,737 | $ 244,777 |
| 2. Less: Returns & Discounts | | | | | $ - |
| 3. Net Revenue | $ 136,578 | $ 133,394 | $ 27,646 | $ 83,737 | $ 244,777 |
| **COST OF GOODS SOLD** | | | | | |
| 4. Material | | | | | $ - |
| 5. Direct Labor | | | | | $ - |
| 6. Direct Costs | $ 27,703 | $ 25,439 | $ (20,928) | $ 13,777 | $ 18,288 |
| 7. Total Cost Of Goods Sold | $ 27,703 | $ 25,439 | $ (20,928) | $ 13,777 | $ 18,288 |
| 8. Gross Profit | $ 108,875 | $ 107,955 | $ 48,574 | $ 69,960 | $ 226,489 |
| **OPERATING EXPENSES** | | | | | |
| 9. Officer / Insider Compensation | $ 31,500 | $ - | $ - | $ - | $ - |
| 10. Selling & Marketing | $ - | $ - | $ - | $ - | $ - |
| 11. General & Administrative | $ 144,117 | $ 145,757 | $ 147,133 | $ 196,332 | $ 489,222 |
| 12. Rent & Lease | $ 1,588 | $ 53,173 | $ 11,274 | $ 11,274 | $ 75,721 |
| 13. Bad Debt Expense & Provision | $ - | $ - | $ - | $ - | $ - |
| 14. Total Operating Expenses | $ 177,205 | $ 198,930 | $ 158,407 | $ 207,606 | $ 564,943 |
| 15. Income Before Non-Operating Income & Expense | $ (68,330) | $ (90,975) | $ (109,833) | $ (137,646) | $ (338,454) |
| **OTHER INCOME & EXPENSES** | | | | | |
| 16. Non-Operating Income (Att List) | $ - | $ 4,463 | $ 28 | $ 2,143 | $ 6,634 |
| 17. Non-Operating Expense (Att List) | $ - | $ - | $ - | $ 29,820 | $ 29,820 |
| 18. Interest Expense | $ - | $ - | $ - | $ - | $ - |
| 19. Depreciation / Depletion | $ - | $ - | $ - | $ - | $ - |
| 20. (Gain) Loss on Clain Settlement | $ - | $ - | $ - | $ (18,614,456) | $ (18,614,456) |
| 21. (Gain) / Loss on Sale of Assets | $ - | $ 5,776,186 | $ 100,220,567 | $ 3,121,719 | $ 109,118,472 |
| 22. Net Other Income & Expenses | $ - | $ (5,771,724) | $ (100,220,538) | $ 15,465,059 | $ (90,527,203) |
| **REORGANIZATION EXPENSES** | | | | | |
| 23. Professional Fees | $ 310,000 | $ 886,481 | $ 695,789 | $ 792,026 | $ 2,374,297 |
| 24. U.S. Trustee Fees | $ - | $ 18,850 | $ - | $ - | $ 18,850 |
| 25. Other - Trustee Bond | | $ - | $ - | $ - | $ - |
| 26. Total Reorganization Expenses | $ 360,000 | $ 905,331 | $ 695,789 | $ 792,026 | $ 2,393,147 |
| 27. Income Tax | $ 62,831 | $ - | $ - | $ - | $ - |
| 28. Net Profit (Loss) | $ (491,161) | $ (6,768,030) | $ (101,026,160) | $ 14,535,387 | $ (93,258,803) |

This form _X_ does ___ does not have related footnotes on Footnotes Supplement.

Provident Royalties LLC
Case Number 09-33886
Statement of Income
Supplement to ACC-2
for the Period ended March 31, 2010

| Debtor<br>Case Number | Provident Resources LLC<br>09-33886 | Provident Operating Company LLC<br>09-33893 | Provident Energy 1 LP<br>09-33888 | Provident Energy 2 LP<br>09-33894 | Provident Energy 3 LP<br>09-33899 |
|---|---|---|---|---|---|
| OIL AND GAS INCOME | - | - | - | - | - |
| COST OF GOODS SOLD - DIRECT COST | 2,068 | - | - | - | - |
| GROSS PROFIT | (2,068) | - | - | - | - |
| OFFICER /INSIDER COMPENSATION | - | - | - | - | - |
| SELLING AND MARKETING | - | - | - | - | - |
| GENERAL AND ADMINISTRATION | 196,332 | - | - | - | - |
| RENT AND LEASE | 11,274 | - | - | - | - |
| NON-OPERATING & INTEREST INCOME | - | - | - | - | - |
| BAD DEBT EXPENSE PROVISION | - | - | - | - | - |
| INTEREST EXPENSE | - | - | - | - | - |
| DEPRECIATION AND DEPLETION | - | - | - | - | - |
| REORGANIZATION EXPENSES | 792,026 | - | - | - | - |
| UNITED STATES TRUSTEE FEE | - | - | - | - | - |
| (GAIN) LOSS ON CLAIM SETTLMENT | (18,614,456) | - | - | - | - |
| (Gain) / Loss on Sale - Sinclair | - | - | - | - | - |
| (Gain)/ Loss on Sale-Arkoma/SW OK Mineral | - | - | - | - | - |
| (Gain)/Loss on Anadarko Mineral Sales | - | - | - | - | - |
| (Gain)/Loss on Youngblood Minerals Sale | - | - | - | - | - |
| (Gain)/Loss on Leasehold Sale | 7,467 | (80,864) | - | - | - |
| Loss on Office Furniture/Equipment Sale | - | - | - | - | - |
| (GAIN) LOSS ON ASSET SALES | 7,467 | (80,864) | - | - | - |
| PRIOR PERIOD ACCOUNTING ADJUSTMENTS | - | - | - | - | - |
| Federal Income Tax Expense | - | - | - | - | - |
| State Income Taxes | - | - | - | - | - |
| INCOME TAX | - | - | - | - | - |
| NET PROFIT | 17,605,288 | 80,864 | - | - | - |

Provident Royalties LLC
Case Number 09-33886
Statement of Income
Supplement to ACC-2
for the Period ended March 31, 2010

| Debtor<br>Case Number | Provident Resources I, LP<br>09-33887 | Somerset Development Inc<br>09-33912 | Somerset Lease Holdings Inc<br>09-33892 | Shale Royalties II, Inc.<br>09-33889 | Shale Royalties 3, Inc.<br>09-33891 |
|---|---|---|---|---|---|
| OIL AND GAS INCOME | - | - | - | - | 1,504 |
| COST OF GOODS SOLD - DIRECT COST | - | - | - | - | 143 |
| GROSS PROFIT | - | - | - | - | 1,362 |
| OFFICER /INSIDER COMPENSATION | - | - | - | - | - |
| SELLING AND MARKETING | - | - | - | - | - |
| GENERAL AND ADMINISTRATION | - | - | - | - | - |
| RENT AND LEASE | - | - | - | - | - |
| NON-OPERATING & INTEREST INCOME | - | 1,533 | 610 | - | - |
| BAD DEBT EXPENSE PROVISION | - | - | - | - | - |
| INTEREST EXPENSE | - | - | - | - | - |
| DEPRECIATION AND DEPLETION | - | - | - | - | - |
| REORGANIZATION EXPENSES | - | - | - | - | - |
| UNITED STATES TRUSTEE FEE | - | - | - | - | - |
| (GAIN) LOSS ON CLAIM SETTLMENT | - | - | - | - | - |
| (Gain) / Loss on Sale - Sinclair | - | - | (187) | - | - |
| (Gain)/ Loss on Sale-Arkoma/SW OK Mineral | - | - | - | - | - |
| (Gain)/Loss on Anadarko Mineral Sales | - | - | - | - | - |
| (Gain)/Loss on Youngblood Minerals Sale | - | - | - | - | - |
| (Gain)/Loss on Leasehold Sale | 20,869 | (513,680) | - | - | 272,330 |
| Loss on Office Furniture/Equipment Sale | - | - | - | - | - |
| (GAIN) LOSS ON ASSET SALES | 20,869 | (513,680) | (187) | - | 272,330 |
| PRIOR PERIOD ACCOUNTING ADJUSTMENTS | - | - | - | (4,420) | - |
| Federal Income Tax Expense | - | - | - | - | - |
| State Income Taxes | - | - | - | - | - |
| INCOME TAX | - | - | - | - | - |
| NET PROFIT | (20,869) | 515,212 | 797 | (4,420) | (270,968) |

Provident Royalties LLC
Case Number 09-33886
Statement of Income
Supplement to ACC-2
for the Period ended March 31, 2010

| Debtor<br>Case Number | Shale Royalties 4, Inc.<br>09-33890 | Shale Royalties 5, Inc.<br>09-33895 | Shale Royalties 6, Inc.<br>09-33896 | Shale Royalties 7, Inc.<br>09-33898 | Shale Royalties 8, Inc.<br>09-33900 |
|---|---|---|---|---|---|
| OIL AND GAS INCOME | 1,392 | 991 | 18,747 | 54,437 | 6,666 |
| COST OF GOODS SOLD - DIRECT COST | 174 | 889 | 2,830 | 7,133 | 541 |
| GROSS PROFIT | 1,218 | 102 | 15,917 | 47,304 | 6,126 |
| OFFICER /INSIDER COMPENSATION | - | - | - | - | - |
| SELLING AND MARKETING | - | - | - | - | - |
| GENERAL AND ADMINISTRATION | - | - | - | - | - |
| RENT AND LEASE | - | - | - | - | - |
| NON-OPERATING & INTEREST INCOME | - | - | - | - | - |
| BAD DEBT EXPENSE PROVISION | - | - | - | - | - |
| INTEREST EXPENSE | - | - | - | - | - |
| DEPRECIATION AND DEPLETION | - | - | - | - | - |
| REORGANIZATION EXPENSES | - | - | - | - | - |
| UNITED STATES TRUSTEE FEE | - | - | - | - | - |
| (GAIN) LOSS ON CLAIM SETTLMENT | - | - | - | - | - |
| (Gain) / Loss on Sale - Sinclair | - | - | - | - | - |
| (Gain)/ Loss on Sale-Arkoma/SW OK Mineral | - | - | - | - | - |
| (Gain)/Loss on Anadarko Mineral Sales | - | - | - | - | - |
| (Gain)/Loss on Youngblood Minerals Sale | - | - | - | - | - |
| (Gain)/Loss on Leasehold Sale | 58,011 | 503,415 | 1,581,925 | - | 487,845 |
| Loss on Office Furniture/Equipment Sale | - | - | - | - | - |
| (GAIN) LOSS ON ASSET SALES | 58,011 | 503,415 | 1,581,925 | - | 487,845 |
| PRIOR PERIOD ACCOUNTING ADJUSTMENTS | (10,050) | (8,611) | (6,739) | - | - |
| Federal Income Tax Expense | - | - | - | - | - |
| State Income Taxes | - | - | - | - | - |
| INCOME TAX | - | - | - | - | - |
| NET PROFIT | (66,843) | (511,924) | (1,572,747) | 47,304 | (481,720) |

Provident Royalties, LLC
Case Number 09-33886
Statement of Income
Supplement to ACC-2
for the Period ended March 31, 2010

| Debtor<br>Case Number | Shale Royalties 9, Inc.<br>09-33902 | Shale Royalties 10, Inc.<br>09-33901 | Shale Royalties 12, Inc.<br>09-33903 | Shale Royalties 14, Inc.<br>09-33905 | Shale Royalties 15, Inc.<br>09-33904 |
|---|---|---|---|---|---|
| OIL AND GAS INCOME | - | - | - | - | - |
| COST OF GOODS SOLD - DIRECT COST | - | - | - | - | - |
| GROSS PROFIT | - | - | - | - | - |
| OFFICER /INSIDER COMPENSATION | - | - | - | - | - |
| SELLING AND MARKETING | - | - | - | - | - |
| GENERAL AND ADMINISTRATION | - | - | - | - | - |
| RENT AND LEASE | - | - | - | - | - |
| NON-OPERATING & INTEREST INCOME | - | - | - | - | - |
| BAD DEBT EXPENSE PROVISION | - | - | - | - | - |
| INTEREST EXPENSE | - | - | - | - | - |
| DEPRECIATION AND DEPLETION | - | - | - | - | - |
| REORGANIZATION EXPENSES | - | - | - | - | - |
| UNITED STATES TRUSTEE FEE | - | - | - | - | - |
| (GAIN) LOSS ON CLAIM SETTLMENT | - | - | - | - | - |
| (Gain) / Loss on Sale - Sinclair | - | - | - | - | - |
| (Gain)/ Loss on Sale-Arkoma/SW OK Mineral | - | - | - | - | - |
| (Gain)/Loss on Anadarko Mineral Sales | - | - | - | - | - |
| (Gain)/Loss on Youngblood Minerals Sale | - | - | - | - | - |
| (Gain)/Loss on Leasehold Sale | 36,343 | 252,767 | 3,036 | 45,792 | - |
| Loss on Office Furniture/Equipment Sale | - | - | - | - | - |
| (GAIN) LOSS ON ASSET SALES | 36,343 | 252,767 | 3,036 | 45,792 | - |
| PRIOR PERIOD ACCOUNTING ADJUSTMENTS | - | - | - | - | - |
| Federal Income Tax Expense | - | - | - | - | - |
| State Income Taxes | - | - | - | - | - |
| INCOME TAX | - | - | - | - | - |
| NET PROFIT | (36,343) | (252,767) | (3,036) | (45,792) | - |

Provident Royalties LLC
Case Number 09-33886
Statement of Income
Supplement to ACC-2
for the Period ended March 31, 2010

| Debtor<br>Case Number | Shale Royalties 16, Inc.<br>09-33906 | Shale Royalties 17, Inc.<br>09-33913 | Shale Royalties 18, Inc.<br>09-33907 | Shale Royalties 19, Inc.<br>09-33908 | Shale Royalties 20, Inc.<br>09-33910 |
|---|---|---|---|---|---|
| OIL AND GAS INCOME | - | - | - | - | - |
| COST OF GOODS SOLD - DIRECT COST | - | - | - | - | - |
| GROSS PROFIT | - | - | - | - | - |
| OFFICER /INSIDER COMPENSATION | - | - | - | - | - |
| SELLING AND MARKETING | - | - | - | - | - |
| GENERAL AND ADMINISTRATION | - | - | - | - | - |
| RENT AND LEASE | - | - | - | - | - |
| NON-OPERATING & INTEREST INCOME | - | - | - | - | - |
| BAD DEBT EXPENSE PROVISION | - | - | - | - | - |
| INTEREST EXPENSE | - | - | - | - | - |
| DEPRECIATION AND DEPLETION | - | - | - | - | - |
| REORGANIZATION EXPENSES | - | - | - | - | - |
| UNITED STATES TRUSTEE FEE | - | - | - | - | - |
| (GAIN) LOSS ON CLAIM SETTLMENT | - | - | - | - | - |
| (Gain) / Loss on Sale - Sinclair | - | - | - | - | - |
| (Gain)/ Loss on Sale-Arkoma/SW OK Mineral | - | - | - | - | - |
| (Gain)/Loss on Anadarko Mineral Sales | - | - | - | - | - |
| (Gain)/Loss on Youngblood Minerals Sale | - | - | - | - | - |
| (Gain)/Loss on Leasehold Sale | 224,076 | 51,029 | 102,033 | 30,253 | 39,258 |
| Loss on Office Furniture/Equipment Sale | - | - | - | - | - |
| (GAIN) LOSS ON ASSET SALES | 224,076 | 51,029 | 102,033 | 30,253 | 39,258 |
| PRIOR PERIOD ACCOUNTING ADJUSTMENTS | - | - | - | - | - |
| Federal Income Tax Expense | - | - | - | - | - |
| State Income Taxes | - | - | - | - | - |
| INCOME TAX | - | - | - | - | - |
| NET PROFIT | (224,076) | (51,029) | (102,033) | (30,253) | (39,258) |

Shale Royalties LLC
Case Number 09-33886
Statement of Income
Supplement to ACC-2
for the Period ended March 31, 2010

| Debtor<br>Case Number | Shale Royalties 21, Inc.<br>09-33909 | Shale Royalties 22, Inc.<br>09-33911 | Consolidated |
|---|---|---|---|
| OIL AND GAS INCOME | - | - | 83,737 |
| COST OF GOODS SOLD - DIRECT COST | - | - | 13,777 |
| GROSS PROFIT | - | - | 69,960 |
| OFFICER /INSIDER COMPENSATION | - | - | - |
| SELLING AND MARKETING | - | - | - |
| GENERAL AND ADMINISTRATION | 0 | - | 196,332 |
| RENT AND LEASE | - | - | 11,274 |
| NON-OPERATING & INTEREST INCOME | - | - | 2,143 |
| BAD DEBT EXPENSE PROVISION | - | - | - |
| INTEREST EXPENSE | - | - | - |
| DEPRECIATION AND DEPLETION | - | - | - |
| REORGANIZATION EXPENSES | - | - | 792,026 |
| UNITED STATES TRUSTEE FEE | - | - | - |
| (GAIN) LOSS ON CLAIM SETTLMENT | - | - | (18,614,456) |
| (Gain) / Loss on Sale - Sinclair | - | - | (187) |
| (Gain)/ Loss on Sale-Arkoma/SW OK Mineral | - | - | - |
| (Gain)/Loss on Anadarko Mineral Sales | - | - | - |
| (Gain)/Loss on Youngblood Minerals Sale | - | - | - |
| (Gain)/Loss on Leasehold Sale | - | - | 3,121,906 |
| Loss on Office Furniture/Equipment Sale | - | - | - |
| (GAIN) LOSS ON ASSET SALES | - | - | 3,121,719 |
| PRIOR PERIOD ACCOUNTING ADJUSTMENTS | - | - | (29,820) |
| Federal Income Tax Expense | - | - | - |
| State Income Taxes | - | - | - |
| INCOME TAX | - | - | - |
| NET PROFIT | (0) | - | 14,535,387 |

CASE NAME: PROVIDENT ROYALTIES LLC

CASE NUMBER: 09-33886

| CASH RECEIPTS AND DISBURSEMENTS | MONTH ENDED January 31, 2010 | MONTH ENDED February 28, 2010 | MONTH ENDED March 31, 2010 | QUARTER TOTAL |
|---|---|---|---|---|
| 1. Cash - Beginning Of Month | $ 17,850,451 | $ 17,297,316 | $ 58,950,224 | $ 17,850,451 |
| **RECEIPTS FROM OPERATIONS** | | | | |
| 2. Cash Sales from Asset Sales | $ - | $ 44,345,259 | $ 47,985 | $ 44,393,244 |
| **COLLECTION OF ACCOUNTS RECEIVABLE** | | | | |
| 3. Refunds of Advances | $ - | $ 89,070 | $ 306,419 | $ 395,489 |
| 4. Oil and Gas Revenue Receipts | $ 81,672 | $ - | $ 86,638 | $ 168,310 |
| 5. Total Operating Receipts | $ 81,672 | $ 44,434,329 | $ 441,042 | $ 44,957,043 |
| **NON-OPERATING RECEIPTS** | | | | |
| 6. Loans & Advances (Attach List) | $ - | $ - | $ - | $ - |
| 7. Sale of Assets | $ - | $ - | $ - | $ - |
| 8. Other / Interfund transfers | $ 39,226 | $ 199,030 | $ 28,653 | $ 266,909 |
| 9. Total Non-Operating Receipts | $ 39,226 | $ 199,030 | $ 28,653 | $ 266,909 |
| 10. Total Receipts | $ 120,898 | $ 44,633,359 | $ 469,695 | $ 45,223,952 |
| 11. Total Cash Available | $ 17,971,349 | $ 61,930,675 | $ 59,419,919 | $ 63,074,403 |
| **OPERATING DISBURSEMENTS** | | | | |
| 12. Net Payroll | $ 40,524 | $ 60,383 | $ 29,271 | $ 130,178 |
| 13. Payroll Taxes Paid | $ 15,756 | $ 15,131 | $ 17,538 | $ 48,425 |
| 14. Sales, Use & Other Taxes Paid | $ - | $ - | $ 60,020 | $ 60,020 |
| 15. Secured / Rental / Leases | $ 11,274 | $ 11,274 | $ 11,274 | $ 33,822 |
| 16. Utilities | $ 1,502 | $ 908 | $ 1,123 | $ 3,533 |
| 17. Insurance | $ - | $ - | $ - | $ - |
| 18. Inventory Purchases | | | | $ - |
| 19. Vehicle Expenses | | | | $ - |
| 20. Travel | | | | $ - |
| 21. Entertainment | | | | $ - |
| 22. Repairs & Maintenance | | | | $ - |
| 23. Supplies | | | | $ - |
| 24. Services | | | | $ - |
| 25. Other (Attach List) | $ 191,578 | $ 135,932 | $ 66,055 | $ 393,565 |
| 26. Total Operating Disbursements | $ 260,634 | $ 223,628 | $ 185,281 | $ 669,543 |
| **REORGANIZATION DISBURSEMENTS** | | | | |
| 27. Professional Fees | $ 394,549 | $ 2,106,823 | $ 1,397,566 | $ 3,898,938 |
| 28. U.S. Trustee Fees | $ 18,850 | $ - | $ - | $ 18,850 |
| 29. Other (Attach List) | $ - | $ 650,000 | $ - | $ 650,000 |
| 30. Total Reorganization Expenses | $ 413,399 | $ 2,756,823 | $ 1,397,566 | $ 4,567,788 |
| 31. Total Disbursements | $ 674,033 | $ 2,980,451 | $ 1,582,847 | $ 5,237,331 |
| 32. Net Cash Flow | $ (553,135) | $ 41,652,908 | $ (1,113,152) | $ 39,986,621 |
| 33. Cash - End of Month | $ 17,297,316 | $ 58,950,224 | $ 57,837,072 | $ 57,837,072 |

This form ___ does X does not have related footnotes on Footnotes Supplement.

CASE NAME: PROVIDENT ROYALTIES LLC

CASE NUMBER: 09-33886

## CASH RECEIPTS AND DISBURSEMENTS

| NON-OPERATING RECEIPTS | MONTH ENDED Jan 31, 2010 | MONTH ENDED Feb 28, 2010 | MONTH ENDED Mar 31, 2010 | QUARTER TOTAL |
|---|---|---|---|---|
| A. | | | | 0 |
| B. | | | | 0 |
| C. | | | | 0 |
| D. | | | | 0 |
| E. | | | | 0 |
| TOTAL LOANS & ADVANCES- LINE 6 | 0 | 0 | 0 | 0 |
| | | | | |
| A. | | | | 0 |
| B. | | | | 0 |
| C. | | | | 0 |
| D. | | | | 0 |
| E. | | | | 0 |
| TOTAL OTHER NON-OPERATING RECEIPTS - LINE 8 | 0 | 0 | 0 | 0 |

| OPERATING DISBURSEMENTS | | | | |
|---|---|---|---|---|
| A. Contract Services | 9,386 | 7,893 | 6,500 | 23,779 |
| B. Technology | 1,861 | 5,311 | 4,110 | 11,282 |
| C. Other Expenses | 4,095 | 929 | 2,992 | 8,016 |
| D. Other Disbursements | | | | 0 |
| E. Lease Operating Expenses | 9,195 | 34,432 | 6,190 | 49,817 |
| F. Employee Benefits | 21,986 | 18,896 | 1,101 | 41,983 |
| G. Office Supplies | 0 | 1,024 | 2,134 | 3,158 |
| H. Prior Period accounting adjustment | 0 | 0 | 0 | 0 |
| I. Drilling costs | 0 | 0 | 0 | 0 |
| J. Revenue due to Purchasers | 87,375 | -922 | 1,884 | 88,337 |
| K. Ordinary Course Professional | 20,883 | 35,153 | 29,102 | 85,138 |
| L. Imaging Project costs | 36,797 | 33,216 | 12,042 | 82,055 |
| M. Well election payments | 0 | 0 | 0 | 0 |
| N. | | | | 0 |
| TOTAL OTHER OPERATING DISBURSEMENTS - LINE 25 | 191,578 | 135,932 | 66,055 | 393,565 |

| REORGANIZATION DISBURSEMENTS | | | | |
|---|---|---|---|---|
| A. Continental Stalking Horse Fee and Expense | | 650,000 | 0 | 650,000 |
| B. | | | | 0 |
| C. | | | | 0 |
| D. | | | | 0 |
| E. | | | | 0 |
| TOTAL OTHER REORGANIZATION DISBURSEMENTS - LINE 29 | 0 | 650,000 | 0 | 650,000 |

This form __ does X does not have related footnotes on Footnotes Supplement.

Provident Royalties LLC
case number 09-33886
Supplement to Accrual Basis - 3 Schedule
Receipts and Disbursements for period ended March 31, 2010

| | | | | |
|---|---|---|---|---|
| Debtor<br>Case Number | Provident Resources LLC<br>09-33886 | Provident Operating Company LLC<br>09-33893 | Provident Energy 1 LP<br>09-33888 | Provident Energy 2 LP<br>09-33894 |
| Beginning Cash in Bank | 69,007 | (0) | - | - |
| Receipts: | | | | |
| Advance Refunds | 306,419 | | | |
| Proceeds - Asset Sales | - | | | |
| Oil and Gas Revenues | | | | |
| Other Receipts | | | | |
| Total Receipts | 306,419 | - | - | - |
| Disbursements | | | | |
| Lease Operating Expense | 6,190 | | | |
| Well Election Payments | - | | | |
| Revenues due to Purchasers | 1,884 | | | |
| Salaries | 29,271 | | | |
| Payroll Taxes | 17,538 | | | |
| Employee Benefits | 1,101 | | | |
| Rent | 11,274 | | | |
| Utilities/Telephones/Communication | 1,123 | | | |
| Technology | 4,110 | | | |
| Office Supplies | 2,134 | | | |
| Insurance | - | | | |
| Contract Services | 6,500 | | | |
| Other Expenses | 2,992 | | | |
| Taxes - State, Franchise and Other | 60,020 | | | |
| Stalking horse and other fees | - | | | |
| Professional Fees & Expenses | 1,397,566 | | | |
| US Trustee Fees | - | | | |
| Imaging Project | 12,042 | | | |
| Ordinary Course Professionals | 29,102 | | | |
| Total Disbursements | 1,582,847 | - | - | - |
| Transfer to Other Debtor Accounts | | | | |
| Transfer from Other Debtors Accounts | 1,287,282 | | | |
| Prior Period Adjustment | | | | |
| Total Inter Company funds transfers | 1,287,282 | - | - | - |
| Ending Cash in Bank | 79,861 | (0) | - | - |

This form ___ does X does not have related footnotes on Footnotes Supplement.

Provident Royalties LLC
case number 09-33886
Supplement to Accrual Basis - 3 Schedule
Receipts and Disbursements for period ended March 31, 2010

| | | | | |
|---|---|---|---|---|
| Debtor<br>Case Number | Provident Energy 3 LP<br>09-33899 | Provident Resources 1, LP<br>09-33887 | Somerset Development Inc<br>09-33912 | Somerset Lease Holdings Inc<br>09-33892 |
| Beginning Cash in Bank | - | 0 | 42,256,243 | 16,624,975 |
| Receipts: | | | | |
| Advance Refunds | | | - | - |
| Proceeds - Asset Sales | | | 47,985 | |
| Oil and Gas Revenues | | | 83,566 | 3,072 |
| Other Receipts | | | 28,653 | |
| Total Receipts | - | - | 160,204 | 3,072 |
| Disbursements | | | | |
| Lease Operating Expense | | | | |
| Well Election Payments | | | | |
| Revenues due to Purchasers | | | | |
| Salaries | | | | |
| Payroll Taxes | | | | |
| Employee Benefits | | | | |
| Rent | | | | |
| Utilities/Telephones/Communication | | | | |
| Technology | | | | |
| Office Supplies | | | | |
| Insurance | | | | |
| Contract Services | | | | |
| Other Expenses | | | | |
| Taxes -- State, Franchise and Other | | | | |
| Stalking horse and other fees | | | | |
| Professional Fees & Expenses | | | | |
| US Trustee Fees | | | | |
| Imaging Project | | | | |
| Ordinary Course Professionals | | | | |
| Total Disbursements | - | - | - | - |
| Transfer to Other Debtor Accounts | | | (1,287,282) | |
| Transfer from Other Debtors Accounts | | | | |
| Prior Period Adjustment | | | | |
| Total Inter Company funds transfers | - | - | (1,287,282) | - |
| Ending Cash in Bank | - | 0 | 41,129,165 | 16,628,047 |

This form __ does X does not have related footnotes on Footnotes Supplement.

Provident Royalties LLC
case number 09-33886
Supplement to Accrual Basis - 3 Schedule
Receipts and Disbursements for period ended March 31, 2010

| Debtor<br>Case Number | Shale Royalties II, Inc.<br>09-33889 | Shale Royalties 3, Inc.<br>09-33891 | Shale Royalties 4, Inc.<br>09-33890 | Shale Royalties 5, Inc.<br>09-33895 |
|---|---|---|---|---|
| Beginning Cash in Bank | - | - | (0) | - |
| Receipts: | | | | |
| Advance Refunds | | | | |
| Proceeds - Asset Sales | | | | |
| Oil and Gas Revenues | | | | |
| Other Receipts | | | | |
| Total Receipts | - | - | - | - |
| Disbursements | | | | |
| Lease Operating Expense | | | | |
| Well Election Payments | | | | |
| Revenues due to Purchasers | | | | |
| Salaries | | | | |
| Payroll Taxes | | | | |
| Employee Benefits | | | | |
| Rent | | | | |
| Utilities/Telephones/Communication | | | | |
| Technology | | | | |
| Office Supplies | | | | |
| Insurance | | | | |
| Contract Services | | | | |
| Other Expenses | | | | |
| Taxes - State, Franchise and Other | | | | |
| Stalking horse and other fees | | | | |
| Professional Fees & Expenses | | | | |
| US Trustee Fees | | | | |
| Imaging Project | | | | |
| Ordinary Course Professionals | | | | |
| Total Disbursements | - | - | - | - |
| Transfer to Other Debtor Accounts | | | | |
| Transfer from Other Debtors Accounts | | | | |
| Prior Period Adjustment | | | | |
| Total Inter Company funds transfers | - | - | - | - |
| Ending Cash in Bank | - | - | (0) | - |

This form ___ does X does not have related footnotes on Footnotes Supplement.

Provident Royalties LLC
case number 09-33886
Supplement to Accrual Basis - 3 Schedule
Receipts and Disbursements for period ended March 31, 2010

| | Shale Royalties 6, Inc. | Shale Royalties 7, Inc. | Shale Royalties 8, Inc. | Shale Royalties 9, Inc. |
|---|---|---|---|---|
| Debtor<br>Case Number | 09-33896 | 09-33898 | 09-33900 | 09-33902 |
| Beginning Cash in Bank | - | - | (0) | (0) |
| Receipts: | | | | |
| Advance Refunds | | | | |
| Proceeds - Asset Sales | | | | |
| Oil and Gas Revenues | | | | |
| Other Receipts | | | | |
| Total Receipts | - | - | - | - |
| Disbursements | | | | |
| Lease Operating Expense | | | | |
| Well Election Payments | | | | |
| Revenues due to Purchasers | | | | |
| Salaries | | | | |
| Payroll Taxes | | | | |
| Employee Benefits | | | | |
| Rent | | | | |
| Utilities/Telephones/Communication | | | | |
| Technology | | | | |
| Office Supplies | | | | |
| Insurance | | | | |
| Contract Services | | | | |
| Other Expenses | | | | |
| Taxes -- State, Franchise and Other | | | | |
| Stalking horse and other fees | | | | |
| Professional Fees & Expenses | | | | |
| US Trustee Fees | | | | |
| Imaging Project | | | | |
| Ordinary Course Professionals | | | | |
| Total Disbursements | - | - | - | - |
| Transfer to Other Debtor Accounts | | | | |
| Transfer from Other Debtors Accounts | | | | |
| Prior Period Adjustment | | | | |
| Total Inter Company funds transfers | - | - | - | - |
| Ending Cash in Bank | - | - | (0) | (0) |

This form ___ does X does not have related footnotes on Footnotes Supplement.

Provident Royalties LLC
case number 09-33886
Supplement to Accrual Basis - 3 Schedule
Receipts and Disbursements for period ended March 31, 2010

| | | | | |
|---|---|---|---|---|
| Debtor | Shale Royalties 10, Inc. | Shale Royalties 12, Inc. | Shale Royalties 14, Inc. | Shale Royalties 15, Inc. |
| Case Number | 09-33901 | 09-33903 | 09-33905 | 09-33904 |
| Beginning Cash in Bank | - | (0) | - | - |
| Receipts: | | | | |
| Advance Refunds | | | | |
| Proceeds - Asset Sales | | | | |
| Oil and Gas Revenues | | | | |
| Other Receipts | | | | |
| Total Receipts | - | - | - | - |
| Disbursements | | | | |
| Lease Operating Expense | | | | |
| Well Election Payments | | | | |
| Revenues due to Purchasers | | | | |
| Salaries | | | | |
| Payroll Taxes | | | | |
| Employee Benefits | | | | |
| Rent | | | | |
| Utilities/Telephones/Communication | | | | |
| Technology | | | | |
| Office Supplies | | | | |
| Insurance | | | | |
| Contract Services | | | | |
| Other Expenses | | | | |
| Taxes – State, Franchise and Other | | | | |
| Stalking horse and other fees | | | | |
| Professional Fees & Expenses | | | | |
| US Trustee Fees | | | | |
| Imaging Project | | | | |
| Ordinary Course Professionals | | | | |
| Total Disbursements | - | - | - | - |
| Transfer to Other Debtor Accounts | | | | |
| Transfer from Other Debtors Accounts | | | | |
| Prior Period Adjusment | | | | |
| Total Inter Company funds transfers | - | - | - | - |
| Ending Cash in Bank | - | (0) | - | - |

This form ___ does X does not have related footnotes on Footnotes Supplement.

Provident Royalties LLC
case number 09-33886
Supplement to Accrual Basis - 3 Schedule
Receipts and Disbursements for period ended March 31, 2010

| | | | | |
|---|---|---|---|---|
| Debtor | Shale Royalties 16, Inc. | Shale Royalties 17, Inc. | Shale Royalties 18, Inc. | Shale Royalties 19, Inc. |
| Case Number | 09-33906 | 09-33913 | 09-33907 | 09-33908 |
| Beginning Cash in Bank | - | 0 | - | - |
| Receipts: | | | | |
| Advance Refunds | | | | |
| Proceeds - Asset Sales | | | | |
| Oil and Gas Revenues | | | | |
| Other Receipts | | | | |
| Total Receipts | - | - | - | - |
| Disbursements | | | | |
| Lease Operating Expense | | | | |
| Well Election Payments | | | | |
| Revenues due to Purchasers | | | | |
| Salaries | | | | |
| Payroll Taxes | | | | |
| Employee Benefits | | | | |
| Rent | | | | |
| Utilities/Telephones/Communication | | | | |
| Technology | | | | |
| Office Supplies | | | | |
| Insurance | | | | |
| Contract Services | | | | |
| Other Expenses | | | | |
| Taxes -- State, Franchise and Other | | | | |
| Stalking horse and other fees | | | | |
| Professional Fees & Expenses | | | | |
| US Trustee Fees | | | | |
| Imaging Project | | | | |
| Ordinary Course Professionals | | | | |
| Total Disbursements | - | - | - | - |
| Transfer to Other Debtor Accounts | | | | |
| Transfer from Other Debtors Accounts | | | | |
| Prior Period Adjustment | | | | |
| Total Inter Company funds transfers | - | - | - | - |
| Ending Cash in Bank | - | 0 | - | - |

This form __ does X does not have related footnotes on Footnotes Supplement.

Provident Royalties LLC
case number 09-33886
Supplement to Accrual Basis - 3 Schedule
Receipts and Disbursements for period ended March 31, 2010

| Debtor<br>Case Number | Shale Royalties 20, Inc.<br>09-33910 | Shale Royalties 21, Inc.<br>09-33909 | Shale Royalties 22, Inc.<br>09-33911 | Consolidated |
|---|---|---|---|---|
| Beginning Cash in Bank | - | - | - | 58,950,225 |
| Receipts: | | | | |
| Advance Refunds | | | | 306,419 |
| Proceeds - Asset Sales | | | | 47,985 |
| Oil and Gas Revenues | | | | 86,638 |
| Other Receipts | | | | 28,653 |
| Total Receipts | - | - | - | 469,695 |
| Disbursements | | | | |
| Lease Operating Expense | | | | 6,190 |
| Well Election Payments | | | | - |
| Revenues due to Purchasers | | | | 1,884 |
| Salaries | | | | 29,271 |
| Payroll Taxes | | | | 17,538 |
| Employee Benefits | | | | 1,101 |
| Rent | | | | 11,274 |
| Utilities/Telephones/Communication | | | | 1,123 |
| Technology | | | | 4,110 |
| Office Supplies | | | | 2,134 |
| Insurance | | | | - |
| Contract Services | | | | 6,500 |
| Other Expenses | | | | 2,992 |
| Taxes - State, Franchise and Other | | | | 60,020 |
| Stalking horse and other fees | | | | - |
| Professional Fees & Expenses | | | | 1,397,566 |
| US Trustee Fees | | | | - |
| Imaging Project | | | | 12,042 |
| Ordinary Course Professionals | | | | 29,102 |
| | | | | - |
| Total Disbursements | - | - | - | 1,582,847 |
| Transfer to Other Debtor Accounts | | | | (1,287,282) |
| Transfer from Other Debtors Accounts | | | | 1,287,282 |
| Prior Period Adjustment | | | | - |
| Total Inter Company funds transfers | - | - | - | - |
| Ending Cash in Bank | - | - | - | 57,837,073 |

This form __ does X does not have related footnotes on Footnotes Supplement.

| | |
|---|---|
| CASE NAME: | PROVIDENT ROYALTIES LLC |
| CASE NUMBER: | 09-33886 |

ACCRUAL BASIS - 4

| ACCOUNTS RECEIVABLE AGING (estimated) | MONTH ENDED Jan 31, 2010 | MONTH ENDED Feb 28, 2010 | MONTH ENDED Mar 31, 2010 |
|---|---|---|---|
| 1. 0 - 30 | $ 109,711 | $ 2,378 | $ - |
| 2. 31 - 60 | $ 177,000 | $ 125,580 | $ 45,163 |
| 3. 61 - 90 | $ 151,101 | $ 124,580 | $ 124,580 |
| 4. 91 + | $ 5,484,932 | $ 4,758,432 | $ 4,758,432 |
| 5. Total Accounts Receivable | $ 5,922,744 | $ 5,010,970 | $ 4,928,175 |
| 6. (Amount Considered Uncollectible) | $ (453,784) | $ (453,784) | $ (453,784) |
| 7. Accounts Receivable (Net) | $ 5,468,960 | $ 4,557,186 | $ 4,474,391 |

MONTH: Mar-10

AGING OF POST PETITION TAXES AND PAYABLES

| TAXES PAYABLE | 0 - 30 DAYS | 61 - 90 DAYS | 91 + DAYS | TOTAL |
|---|---|---|---|---|
| 1. Federal | $ - | $ - | $ - | $ - |
| 2. State | $ - | | | $ - |
| 3. Local | $ - | | | $ - |
| 4. Other (Attach List) | $ - | $ - | $ - | $ - |
| 5. Total Taxes Payable | $ - | $ - | $ - | $ - |
| | | | | |
| 6. Accounts Payable | $ (24,734) | $ - | $ - | $ (24,734) |

MONTH: Mar-10

STATUS OF POST PETITION TAXES

| FEDERAL | AMOUNT WITHHELD AND/OR ACCRUED | (AMOUNT PAID) | ENDING TAX LIABILITY |
|---|---|---|---|
| 1. Withholding ** | $ 8,016 | $ (8,016) | $ - |
| 2. FICA - Employee ** | $ 4,743 | $ (4,743) | $ - |
| 3. FICA - Employer ** | $ 4,743 | $ (4,743) | $ - |
| 4. COBRA credit against payroll taxes | | $ - | $ - |
| 5. Income | $ - | $ - | $ - |
| 6. Other (Attach List) | $ - | $ - | $ - |
| 7. Total Federal Taxes | $ 17,502 | $ (17,502) | $ - |
| STATE AND LOCAL | | | |
| 8. Withholding | $ - | $ - | $ - |
| 9. Sales | $ - | $ - | $ - |
| 10. Excise | $ - | $ - | $ - |
| 11. Unemployment | $ 36 | $ (36) | $ - |
| 12. Real Property | $ - | $ - | $ - |
| 13. Personal Property | $ - | $ - | $ - |
| 14. Franchise Tax -DE and OK | $ 60,020 | $ (60,020) | $ - |
| 15. Total State And Local | $ 60,056 | $ (60,056) | $ - |
| 16. Total Taxes | $ 77,558 | $ (77,558) | $ - |

* The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, the amount should be zero.

** Attach photocopies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment of deposit.

This form __ does _X_ does not have related footnotes on Footnotes Supplement

CASE NAME: PROVIDENT ROYALTIES LLC

CASE NUMBER 09-33886

ACCRUAL BASIS - 5

The debtor in possession must complete the reconciliation below for each bank account, including all general,

MONTH ENDED: Mar-10

| BANK RECONCILIATIONS | Account # 1 | Account # 2 | Account # 3 | Account # 4 | TOTAL |
|---|---|---|---|---|---|
| A. BANK: | Chase | Chase | Chase | Chase | |
| B. DEBTOR | Provident Royalties LLC | Somerset Development Inc | Somerset Lease Holdings Inc | Somerset Lease Holdings Inc | |
| C. ACCOUNT NUMBER: | 2513 | 2547 | 554 | 562 | OTHER BANK |
| D PURPOSE (TYPE): | Disbursement | Deposit | Deposit | Deposit | ACCOUNTS |
| 1 Balance Per Bank Statement | $ 108,601 | $ 41,129,165 | $ 16,618,975 | $ 9,093 | |
| 2. Add: Total Deposits Not Credited | | | $ - | | |
| 3 Subtract: Outstanding Checks | $ (28,763) | | | | |
| 4. Other Reconciling Items | | | | | |
| 5. Month End Balance Per Books | $ 79,839 | $ 41,129,165 | $ 16,618,975 | $ 9,093 | |
| 6. Number of Last Check Written | | | | | |

INVESTMENT ACCOUNTS

| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | | CURRENT VALUE |
|---|---|---|---|---|---|
| A. Texas Capital Somerset Development Inc 0556 | 05/07/08 | CD as collateral for Letter of Credit | $ 150,000 | | $ 153,609 |
| B | | | | | |
| C. | | | | | |
| D. | | | | | |
| TOTAL OTHER INVESTMENT ACCOUNTS - LINE 10 | | | $ 150,000 | | $ 153,609 |

CASE NAME: PROVIDENT ROYALTIES LLC

CASE NUMBER 09-33886

ACCRUAL BASIS - 5 (a)

The debtor in possession must complete the reconciliation below for each bank account, including all general.

MONTH ENDED: Mar-10

| BANK RECONCILIATIONS | Account # 5 | Account # 6 | Account # 7 | Account # 8 | TOTAL OTHER BANK ACCOUNTS |
|---|---|---|---|---|---|
| A. BANK: | Chase | | | | |
| B. DEBTOR | Provident Royalties LLC | | | | |
| C. ACCOUNT NUMBER: | 2521 | | | | |
| D. PURPOSE (TYPE): | Payroll ZBA | | | | |
| 1. Balance Per Bank Statement | $ - | $ - | $ - | | |
| 2. Add: Total Deposits Not Credited | | | | | |
| 3. Subtract: Outstanding Checks | | | | | |
| 4. Other Reconciling Items | | | $ - | | |
| 5. Month End Balance Per Books | $ - | $ - | $ - | | |
| 6. Number of Last Check Written | | | | | |

| INVESTMENT ACCOUNTS<br>BANK, ACCOUNT NAME & NUMBER | | | PURCHASE PRICE | | CURRENT VALUE |
|---|---|---|---|---|---|
| A. NONE | | | | | 0 |
| B. | | | | | |
| C. | | | | | |
| D. | | | | | |
| TOTAL OTHER INVESTMENT ACCOUNTS - LINE 10 | | | 0 | | 0 |

| CASE NAME: | PROVIDENT ROYALTIES LLC |
|---|---|
| CASE NUMBER: | 09-33886 |

ACCRUAL BASIS - 6

MONTH ENDED Mar-10

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

Of the Total Disbursements shown for the month, list the amount paid to Insiders (as defined in Section 101 (31) (A) - (F) of the U.S. Bankruptcy Code) and to Professionals. Also, for payments to Insiders, identify the type of compensation paid (e.g. salary, bonus, commissions, insurance, housing allowance, travel, car allowance, etc.). Attach additional sheets if necessary.

**INSIDERS**

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|---|---|---|---|
| 1. Brian Grindem | salary | $ - | $ 31,389 |
| 2. Paul R. Melbye | salary | $ - | $ 6,042 |
| 3. William M. Miller | salary | $ - | $ 29,615 |
| 4. Harvey R. Smith | salary | $ - | $ 21,779 |
| 5. see attached sheet | | $ 5,009 | $ 46,028 |
| 6. Total Payments To Insiders | | $ 5,009 | $ 134,853 |

**PROFESSIONALS**

| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT OF RETAINER USED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL ACCRUED EST FEES |
|---|---|---|---|---|---|
| 1. Epiq | | $ 5,427 | $ 75,280 | $ 625,980 | $ 255,395 |
| 2. Raymond James | | $ 300,000 | $ - | $ 2,974,601 | $ - |
| 3. Munsch Hardt | | $ - | $ 711,709 | $ 1,876,901 | $ 358,682 |
| 4. Dennis Roossein, Trustee | | $ - | $ 55,391 | $ 215,990 | $ 22,203 |
| 5. (Attach List) | | $ 583,669 | $ 555,186 | $ 2,545,458 | $ 480,272 |
| 6. Total Payments to or Accrual for Professionals* | | $ 889,096 | $ 1,397,566 | $ 8,238,931 | $ 1,116,552 |

**POST PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST PETITION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. TOTAL | | | |

This form X does ___ does not have related footnotes on Footnotes Supplement.

| | |
|---|---|
| CASE NAME: PROVIDENT ROYALTIES LLC | SUPPLEMENT TO |
| CASE NUMBER: 09-33886 | ACCRUAL BASIS - 6 |
| PAYMENTS TO INSIDERS AND PROFESSIONALS | MONTH ENDED: Mar-10 |

**INSIDERS**

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|---|---|---|---|
| A. Brian Grindem | insurance | - | (0) |
| B. Paul R. Melbye | insurance | 1,354 | 12,320 |
| C. William M. Miller | insurance | 1,354 | 12,321 |
| D. Harvey R. Smith | insurance | - | 2,707 |
| E. Henry D Harrison | insurance | 947 | 7,713 |
| F. Brendan W Coughlin | insurance | 1,354 | 10,968 |
| G. | | | |
| H. | | | |
| TOTAL OTHER PAYMENTS TO INSIDERS - LINE 5 | | 5,009 | 46,028 |

**PROFESSIONALS**

| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT OF RETAINER USED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL ACCRUED EST FEES |
|---|---|---|---|---|---|
| A. Bridge Associates | | 300,000 | 181,090 | 873,288 | 211,984 |
| B. Patton Boggs | | 283,669 | - | 4,569 | - |
| C. Litzler Segner Shaw & McKenney | | - | - | 92,458 | 9,894 |
| D. Gardere Wynn Sewell | | - | 140,263 | 845,367 | 94,975 |
| E. Fox Rothschild | | - | 117,666 | 284,364 | - |
| F. Rochelle McCullough | | - | 70,842 | 400,087 | 163,420 |
| G. OIC Committee Expense | | | 45,325 | 45,325 | - |
| H. | | | - | - | |
| TOTAL OTHER PAYMENTS TO PROFESSIONALS-LINE 5 | | 583,669 | 555,186 | 2,545,458 | 480,272 |

* Include all fees incurred, both approved and unapproved

**POST PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST PETITION |
|---|---|---|---|
| A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| STATUS OF OTHER CREDITORS - LINE 5 | | | |

This form X does ____ does not have related footnotes on Footnotes Supplement.

| CASE NAME: | PROVIDENT ROYALTIES LLC |
|---|---|
| CASE NUMBER: | 09-33886 |

**ACCRUAL BASIS - 7**

MONTH: Mar-10

**QUESTIONNAIRE**

| | | YES | NO |
|---|---|---|---|
| 1. | Have any Assets been sold or transferred outside the normal course of business this reporting period? *Leasehold Interests were sold to Devon and XTO under court approved Section 363 Sale Order.* | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any Post Petition Receivables (accounts, notes, or loans) due from related parties? *Post Petition Receivables include Intercompany Receivables among Provident Royalties LLC, Somerset Development Inc and Somerset Lease Holdings Inc in accordance with Cash Management Order.* | X | |
| 4. | Have any payments been made on Pre Petition Liabilities this reporting period? | X | |
| 5. | Have any Post Petition Loans been received by the debtor from any party? | | X |
| 6. | Are any Post Petition Payroll Taxes past due? | | X |
| 7. | Are any Post Petition State or Federal Income Taxes past due? | | X |
| 8. | Are any Post Petition Real Estate Taxes past due? | | X |
| 9. | Are any other Post Petition Taxes past due? | | X |
| 10. | Are any amounts owed to Post Petition creditors delinquent? | | X |
| 11. | Have any Pre Petition Taxes been paid during the reporting period? | | X |
| 12. | Are any wage payments past due? | | X |

If the answer to any of the above questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.

*4. Certain assigned contract liabilities related to the assets sold to Devon and XTO were cured and paid by the Purchasers under the terms of the sales agreement.*

**INSURANCE**

| | | YES | NO |
|---|---|---|---|
| 1. | Are Worker's Compensation, General Liability and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments paid current? | X | |
| 3. | Please itemize policies below. | | |

If the answer to any of the above questions is "No", or if any policies have been canceled or not renewed during this reporting period, provide an explanation below. Attach additional sheets if necessary.

**INSTALLMENT PAYMENTS**

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Workers Compensation | Texas Mutual | 5/5/2009- 5/5/2010 | paid in full |
| General Liability | St Paul Surplus Line | 5/4/2009 - 5/4/2010 | paid in full |
| Umbrella Coverage | St Paul Surplus Line | 5/4/2009 - 5/4/2010 | paid in full |
| Directors and Officers | Navigator / Beasley | 12/08/2009- 12/08/2010 | paid in full |
| | | | |

This form __ does X__ does not have related footnotes on Footnotes Supplement.

| CASE NAME: | PROVIDENT ROYALTIES LLC | FOOTNOTES SUPPLEMENT |
|---|---|---|
| CASE NUMBER: | 09-33886 | ACCRUAL BASIS |
| | MONTH: | Mar-10 |

| ACCRUAL BASIS FORM NUMBER | LINE NUMBER | FOOTNOTE / EXPLANATION |
|---|---|---|
| Accrual Basis -1 (and supplemental schedules) | 1 | Cash Accounts are reconciled to bank statements on a monthly basis. |
| Accrual Basis -1 (and supplemental schedules) | 4 | Accounts Receivable represents accrued revenues, advances, and other amounts due from operators, landmen and other parties to whom funds were advanced or which services were rendered including accrued interest on landman advances. Some of these amounts will be subject to stipulation to reduce operator prepetition liabilities. Additionally, reserves for doubtful accounts have been established for certain receivable where the counterparty recently has filed Chapter 7 bankruptcy as shown on schedule 4 |
| Accrual Basis -1 (and supplemental schedules) | 6 | Notes Receivable represents amounts loaned or advanced to landmen and affiliated parties. Some of these amounts may be subject to dispute by the third party due to claims for offset or alleged performance. |
| Accrual Basis -1 (and supplemental schedules) | 8 | Other Current Assets represent Intercompany Receivables among affiliated parties which may be offset by amounts due to such parties in Intercompany Payables. The Intercompany receivable for Provident Royalties LLC arose from either (1) the centralized cash management system; or (2) borrowings from the loan facility made by Provident Royalties for which funds were transferred to another Debtor. The reduction in Intercompany Receivable between July and August were principally related to the Sinclair asset sale transaction. |
| Accrual Basis -1 (and supplemental schedules) | 10 | Property Plant & Equipment represent the acquisition cost of furniture, computers, software and other office equipment. In December, a substantial amount of the surplus office furnishing and equipment were sold at auction and the cost of those assets have been removed from the books in recording the sale transaction. The Debtors lease office space |
| Accrual Basis -1 (and supplemental schedules) | 14 | Other Assets represent the incurred costs for remaining Mineral Rights purchased by the Debtors, Leaseholds for gas and oil properties, drilling and site preparation costs related to the Debtors' interest in wells, capitalized acquisition costs and advances for drilling. The amounts shown represent these costs as recorded on the books of the Debtor. The cost of the assets sold in (1) the Sinclair sale transaction from September 2009, (2) the Mineral Rights sale transactions that closed in November 2009 and December 2009 and (3) the Anadarko leasehold sale to Devon in February 2010 and (4) Carter County leasehold sale to XTO in March 2010 have been removed from the books in recording the sale transaction. There will be additional transaction recorded for I the sale of remaining assets as such occurs. |
| Accrual Basis -1 (and supplemental schedules) | 23 | Other Liabilities represent the deferred tax contra-liabilities and post petition Intercompany Payables. |
| Accrual Basis -1 (and supplemental schedules) | 26 | Priority Unsecured Debts represent amounts accrued for FUTA, SUTA , Franchise Taxes, Income Taxes and 401(K) contributions. These accounts are being reconciled and may be subject to change. |
| Accrual Basis -1 (and supplemental schedules) | 28 | Other (Prepetition Liabilities) include Intercompany Payables, Notes Payable to Third Parties that may be disputed, Amounts due to third parties for joint projects, Accumulated Dividends not paid, and the $8,000,000 due to Sinclair under the terms of the court approved settlement in March 2010. |
| Accrual Basis -2 and Supplement 2b | 13 - Bad Debt Expense and Provision | This account represents either for a doubtful collection of a receivable due from a third party, principally due to a Chapter 7 bankruptcy filing, and the writeoff of an receivable that is deemed uncollectible. |
| Accrual Basis -2 and Supplement 2b | 20 - (Gain) / loss on Claims Settlement | In March 2010, the settlement of the prepetition unsecured debt and accrued interest for an accrued payment of $8,000,000 under a court approved settlement was recorded. The payment was made in April 2010. |

| CASE NAME: | PROVIDENT ROYALTIES LLC | FOOTNOTES SUPPLEMENT |
|---|---|---|
| CASE NUMBER: | 09-33886 | ACCRUAL BASIS |

MONTH: Mar-10

| | | |
|---|---|---|
| Accrual Basis -2 and Supplement 2b | 21 / (Gain) Loss on Sale of Assets | This account represents either the (gain) or loss on the sale of assets. There have been sales of mineral, lease, well and related assets to (1) Sinclair in September 2009, (2) sales of Mineral Rights to three purchasers that closed in November and December 2009, (3) sale of suplus office furnishing and equipment in November 2009 (4) sale of Anadarko leasehold interest to Devon in February 2010 and (5) the sale of the Carter County leasehold interest to XTO. The debtors have also recorded the write off of certain drilling advances that were either sold in the Sinclair transaction or were determined to be invalid upon review. |
| Accrual Basis -6 | Payment to Insiders | Insurance benefits are on a gross basis under COBRA coverage provisions |
| Accrual Basis -6 | Payments to Professionals | Certain debtor professional received retainers which are being applied to invoices. The cumulative amount of retainers used is shown on this schedule in addition to the amounts paid through the end of the reporting period. The total accrued fees and expenses are based on holdback amounts from prior months, invoices submitted but unpaid, and an estimate for parties who have not submitted invoices as of the end of the Reporting Period. |
| | | |

J2 Investments et al. (Post Receivership)
Consolidated Cash Activity Summary - (December 3, 2009 through March 31, 2010)

| | |
|---|---|
| Beginning Book Cash Balance (as of 12/3/09) | $ 20,346.32 |
| | |
| Cash Receipts | |
| Proceeds from sale of assets | $ 159,572 |
| Soybean/Pecans/Hay Sales | 150,205 |
| Return of Deposit (Pray Walker) | 75,000 |
| Oil & Gas Income | 30,770 |
| Rent Revenue | 26,542 |
| Tonner Capital (from Catherine Blimline) | 25,000 |
| Other Collections | 635 |
| Total Cash Receipts | $ 467,725 |
| | |
| Cash Disbursements | |
| Payroll | (136,354.69) |
| Monthly Payments to Blimline per Court Order | (35,000.00) |
| Tonner Investment (Catherine Capital) | (24,399.78) |
| Health Insurance - net of COBRA | (21,542.39) |
| Insurance - net of refunds | (15,899.08) |
| Employee Travel Expenses | (14,644.39) |
| Property Appraisal, Maintenance, Misc. | (9,597.97) |
| Rent | (7,188.20) |
| Utilities | (3,034.02) |
| Total Cash Disbursements | (267,660.52) |
| | |
| Net Cash Flow (all activities) | $ 200,064.10 |
| | |
| **Ending Book Cash Balance (as of 3/31/10)** | **$ 220,410.42** |

Asset Dispositions
Prepared By: Greg O'Briant
Updated through: April 15, 2010

| Date | Purchaser | Description | "Gross" Proceeds | Broker Comm. | "Net" Proceeds |
|---|---|---|---|---|---|
| 02/02/10 | Liz Ferguson (Carpe Diem Prod.) | Office furniture @ 2200 Bent Tree | $ 520.00 | | $ 520.00 |
| 02/02/10 | Gordon Waller | Office furniture @ 2200 Bent Tree | $ 40.00 | | $ 40.00 |
| 02/02/10 | Joe Blimline | 2 Hockey Tickets (2/2/10) | $ 150.00 | | $ 150.00 |
| 02/04/10 | Fitness Equipment Service | Office furniture @ 2200 Bent Tree | $ 282.00 | | $ 282.00 |
| 02/04/10 | Perales Prowash | Office furniture @ 2200 Bent Tree | $ 2,360.00 | | $ 2,360.00 |
| 02/04/10 | Heather Gorhan | Office furniture @ 2200 Bent Tree | $ 175.00 | | $ 175.00 |
| 02/04/10 | Tinius & Associates | Office furniture @ 2200 Bent Tree | $ 870.00 | | $ 870.00 |
| 02/10/10 | Heather Gorhan | Office furniture @ 2200 Bent Tree | $ 50.00 | | $ 50.00 |
| 02/15/10 | Misc. | 11 Bulls | $ 13,200.00 | $ (1,320.00) | $ 11,880.00 |
| 02/22/10 | Misc. | 1 Bull - Stockyards | $ 674.48 | $ (67.45) | $ 607.03 |
| 02/23/10 | Misc. | 4 - fourwheelers; 2 trailers | $ 14,100.00 | | $ 14,100.00 |
| 02/24/10 | Texas Vehicle Exchange | 2008 F250 (Net of Loan pay-off) | 841.01 | | $ 841.01 |
| 03/01/10 | Donald Pierce | OK ranch equipment | $ 1,500.00 | $ (150.00) | $ 1,350.00 |
| 03/01/10 | Pierce & Son Ranch | OK ranch equipment | $ 6,350.00 | $ (635.00) | $ 5,715.00 |
| 03/01/10 | Craig Cowan | OK ranch equipment | $ 2,500.00 | $ (250.00) | $ 2,250.00 |
| 03/01/10 | Jim Bob Sullivan | OK ranch equipment | $ 850.00 | $ (85.00) | $ 765.00 |
| 03/01/10 | Jim Bob Sullivan | OK ranch equipment | $ 10.00 | $ (1.00) | $ 9.00 |
| 03/01/10 | Jacky Parsons | OK ranch equipment | $ 450.00 | $ (45.00) | $ 405.00 |
| 03/01/10 | Choctaw Land & Cattle (Jerry Malone) | OK ranch equipment | $ 500.00 | $ (50.00) | $ 450.00 |
| 03/01/10 | Pierce & Son Ranch | OK ranch equipment | $ 4,300.00 | $ (430.00) | $ 3,870.00 |
| 03/01/10 | Danny Eastwood | $4,200 hay / $350 OK ranch equip | $ 350.00 | $ (35.00) | $ 315.00 |
| 03/01/10 | Danny Eastwood | OK ranch equipment | $ 60.00 | $ (6.00) | $ 54.00 |
| 03/01/10 | Bill Blankenship | OK ranch equipment | $ 300.00 | $ (30.00) | $ 270.00 |
| 03/01/10 | Robert W. Schneider | $3,770 OK ranch equip / $5,890 hay | $ 3,770.00 | $ (377.00) | $ 3,393.00 |
| 03/12/10 | Randy Clifton | OK ranch equipment | $ 12,300.00 | $ (1,230.00) | $ 11,070.00 |
| 03/12/10 | Randy Clifton | OK ranch equipment | $ 200.00 | | $ 200.00 |
| 03/12/10 | Tom Ansley | OK ranch equipment | $ 775.00 | | $ 775.00 |
| 03/12/10 | David Ticknor | OK ranch equipment | $ 400.00 | | $ 400.00 |
| 03/12/10 | Stoneybroke Angus Ranch | OK ranch equipment | $ 15,500.00 | $ (1,550.00) | $ 13,950.00 |
| 03/12/10 | Robert Weil | 2007 Chevy Truck & Feeder | $ 20,000.00 | | $ 20,000.00 |
| 03/12/10 | John Bergen | OK ranch equipment | $ 9,200.00 | $ (920.00) | $ 8,280.00 |
| 03/12/10 | Metts Brothers | OK ranch equipment | $ 1,495.00 | | $ 1,495.00 |
| 03/12/10 | Lonnie Legleiter | OK ranch equipment | $ 17,500.00 | $ (1,750.00) | $ 15,750.00 |
| 03/12/10 | Nat'l Livestock Cred. Corp. (Sydney Gleyne) | OK ranch equipment | $ 17,000.00 | $ (1,700.00) | $ 15,300.00 |
| 03/18/10 | Texas Vehicle Exchange | 2005 F250 (Bert Truck) | $ 11,000.00 | | $ 11,000.00 |
| **Total** | | | **$ 159,572.49** | **$ (10,631.45)** | **$ 148,941.04** |