**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MILO H. SEGNER, JR., as Liquidating Trustee of the PR Liquidating Trust,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 10-cv-1884-F** |
| | § | |
| **SECURITIES AMERICA, INC., *et al,*** | § | |
| **Defendants.** | § | |

## TRUSTEE'S AGREED MOTION TO DISMISS CALTON & ASSOCIATES

Milo H. Segner, Jr., Liquidating Trustee (the "Trustee") files this Agreed Motion to Dismiss Calton & Associates would show the Court as follows:

1. The Trustee has reached a compromise and settlement with Defendant Calton & Associates of all claims, causes of action and damages in this case and requests the Court to dismiss this action against Calton & Associates only.

2. The Trustee does not request a dismissal of any other Defendants at this time.

WHEREFORE, PREMISES CONSIDERED, the Trustee requests the Court to dismiss this action with prejudice as to Defendant Calton & Associates.

Dated this 4th day of October, 2011.

Respectfully submitted,

*/s/ Sean J. McCaffity*

Michael R. Rochelle
Texas Bar No. 17126700
Christopher B. Harper
Texas Bar No. 09025500
Scott M. DeWolf
Texas Bar No. 24009990
Sean J. McCaffity
Texas Bar No. 24013122
ROCHELLE MCCULLOUGH LLP
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
P: (214) 953-0182
F: (214) 953-0185

Andrew B. Sommerman
Texas Bar No. 18842150
George (Tex) Quesada
Texas Bar No. 16427750
SOMMERMAN & QUESADA, L.L.P.
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
P: (214) 720-0720
F: (214) 720-0184

Jerry C. Alexander
Texas Bar No. 00993500
Christopher A. Robison
Texas Bar No. 24035720
PASSMAN & JONES, P.C.
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2599
P: (214) 742-2121
F: (214) 748-7949

Jerry Kenneth (J. Ken) Johnson, II
Texas Bar No. 10746300
FLEMING & ASSOCIATES
1330 Post Oak Blvd, Suite 3030
Houston, Texas 77056-3019
P: (713) 621-7944
F: (713) 621-9638

**COUNSEL FOR THE LIQUIDATING TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served via ECF notification to all those parties receiving electronic notice in this case and to Dwayne Calton, Calton & Associates, 14497 North Dale Maby Hwy, Ste 215, Tampa, FL 33618.

*/s/ Sean J. McCaffity*
Sean J. McCaffity