UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MILO H. SEGNER, JR., | § | |
|     Plaintiff, | § | Civil Action No. 3:10-cv-1884 |
| | § | |
| v. | § | |
| | § | |
| SECURITIES AMERICA, INC., | § | |
| et al., | § | |
|     Defendants. | § | |

## LIQUIDATING TRUSTEE'S STATUS REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Milo H. Segner, Jr., as Trustee of the PR Liquidating Trust, Plaintiff, and files Liquidating Trustee's Status Report, and would the following as a status:

1. The Trustee has moved for but not obtained default judgments on the following Defendants who have failed to answer:

   a. United Equity Securities;

   b. Barron Moore;

   c. Newbridge;

   d. Waterford;

   e. VCROSS Capital markets f/k/a Asset Management Strategies;

   f. Main Street Securities;

   g. United Securities Alliance; and

   h. Community Bankers Securities.

2. Defendants Wedbush and Summit are settled, but final payment and settlement documentation has not yet been complete.

3. The Trustee has a tentative settlement with DeWaay. However, this is part of a settlement which must be approved by the state courts in Iowa.

4. Defendants QA3, Okoboji, Empire Financial, Jesup & Lamont Securities, Private Asset Group, Inc. and E-planning.com Securities, have all filed bankruptcy, and there are no claims remaining that necessitate a trial on the merits. The Trustee continues to pursue those claims in bankruptcy court.

5. All other Defendants have been settled or dismissed.

Respectfully submitted,

SOMMERMAN & QUESADA, L.L.P.

  /s/ *Andrew B. Sommerman*
Andrew B. Sommerman
State Bar No. 18842150
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219
214/720-0720 (Telephone)
214/720-0184 (Facsimile)
andrew@textrial.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify this 15th day of March, 2013 that a copy of the foregoing document was filed electronically in compliance with Local Rule 1.5(e). Therefore, this document was served on all counsel receiving electronic service in this case. Local Rule 1.5(d)

I hereby certify this 15th day of March, 2013 that a copy of the foregoing document was served on the following via certified mail return receipt requested:

AFA Financial Group, LLC
26135 Mureau Road
Ste. 201
Calabasa, CA 91303

Boogie Investment Group, Inc.
c/o Daniel P. Deighan
47 West New Haven Avenue
Suite 101
Melbourne, FL 32901

Harrison Douglas, Inc.
Douglas W. Schriner
24211 E. Wyoming Pl.
Aurora, CO   80018

Securities Network LLC
c/o Jonathan Self
The Pinnacle Building
3455 Peachtree Road North East, 5th Floor
Atlanta, GA 30326

Dennis C. Dice
Marshall Dennehey & Warner
600 Grant Street, Suite 2900
Pittsburgh, PA 15219

Henry Ackels
Ackels & Ackels LLP
3030 LBJ Freeway
Suite 1550
Dallas, TX 75234

                                                                                   */s/ Andrew B. Sommerman*
                                                                                        Andrew B. Sommerman