UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MILO H . SEGNER, JR.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:10-CV-1884-B** |
| | § | |
| **SECURITIES AMERICA, INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

On February 18, 2014, this Court granted a motion from Milo H. Segner ("Trustee"), as Trustee of the PR Liquidating Trust, to sever the remaining claims against eight defendants in the above-captioned matter into a new and separate legal action. (Doc. 428.) Shortly thereafter, the Trustee moved to dismiss all claims, causes of action, and damages against six of those eight remaining defendants (Doc. 429), which was granted on June 13, 2014. On the same day, the Trustee initiated a new civil action against the two remaining defendants – Workman Securities Corp. and DeWaay Financial Network – which was docketed as Civil Action No. 3:14-cv-2178-B. A review of the docket in Civil Action No. 3:14-cv-2178-B shows that all claims against Workman Securities Corp. and DeWaay Financial Network have been resolved.

Accordingly, since all claims in the instant case have been resolved, either through this case or through Civil Action No. 3:14-cv-2178-B, the Court orders the Clerk's Office to administratively close this case.

SO ORDERED.

DATED: August 1, 2018.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE